**52SOLOS TECHNOLOGY LTD.,**
 *Plaintiff-Appellee,*


   **v.**            **Appeal No. 26-1721**


**META PLATFORMS, INC., et al.,**  (Lower Case No.: 1:26-cv-10304-
 *Defendants-Appellees,*         ADB)


**(DAITONA CARTER**
 *Movant-Appellant.)*

**URGENT EMERGENCY NOTICE OF PHYSICAL INCAPACITATION**

**TO THE COURT:**

Appellant is filing this document under extreme physical duress following a

physical battery and assault occurring between 6:00 AM and 7:00 AM on May 15,

2026. The physical harassment has continued on.

- Appellant is suffering from acute respiratory distress, nausea, and severe

  trauma to the neck, chest, and leg. Appellant is currently experiencing

  physical signs of collapse.

- **Obstruction:** This assault was executed specifically to prevent the

  perfection of this filing.

- **Hardship:** Due to these injuries, Appellant is physically unable to perform

  further formatting or editing.

- Certain exhibits are omitted due to current physical incapacitation and will be supplemented as soon as Appellant is medically and physically stabilized.

- **Request:** Appellant prays the Court accept this filing "as is" to preserve the Court's jurisdiction and the Appellant's life.

# CERTIFICATE OF INTEREST UNDER FED. CIR. R. 47.4

The undersigned unrepresented party certifies the following:

1. The full name of every party represented by me is: DAITONA CARTER.

2. The name of the real party in interest represented by me is: DAITONA CARTER.

3. All parent corporations and any publicly held companies that own 10% or more of stock in the party are: NONE.

4. The names of all law firms and partners/associates who have appeared for the party in the lower case or are expected to appear are: NONE.

Dated: May 15, 2026

/s/ Daitona Carter

DAITONA CARTER,  Pro Se Intervenor-Appellant
General Delivery Delivery Points Authenticated via US-Appellate-ECF Gateway
E-Service/E-Filing Portal Access Only

**STATEMENT OF CONSENT OR OPPOSITION UNDER FED. CIR. R.**

**27(a)(2)**

Pursuant to Federal Circuit Rule 27(a)(2), Intervenor-Appellant states that a literal personal discussion of this motion with the other parties was wholly impracticable, dangerous, and unavailable.

Under the extraordinary circumstances detailed herein—including severe safety hazards, active TVPA extortion claims, and the District Court's total restriction on filing privileges—initiating advance personal communication or conferral poses a direct threat to Intervenor-Appellant's physical safety and well-being.

Pursuant to Federal Circuit Rule 2, Appellant explicitly moves for a temporary suspension of the interactive discussion requirement to prevent severe retaliation and harm. Appellees' formal opposition to this emergency relief is legally presumed.

Dated: May 15, 2026

/s/ Daitona Carter

DAITONA CARTER,  Pro Se Intervenor-Appellant
General Delivery Delivery Points Authenticated via US-Appellate-ECF Gateway
E-Service/E-Filing Portal Access Only

<h1 style="text-align:center">SWORN DECLARATION OF ONGOING EMERGENCY AND CLANDESTINE ADVISEMENT</h1>

**I, DAITONA CARTER, hereby declare under penalty of perjury:**

1. **Ongoing Physical Battery (May 15, 2026)**: On the morning of May 15, 2026, between 6:00 AM and 7:00 AM, I was subjected to a targeted physical battery. I was struck in the chest and buttocks, resulting in acute respiratory distress and severe physical incapacitation. As of the time of this filing, I am unable to move my neck or leg and cannot stand without physical assistance. This assault was a direct act of physical sabotage intended to prevent the filing of these legal documents.

2. **Refusal of Assistance and Public Corruption**: Upon seeking assistance to report this battery and contact federal law enforcement, I was met with a refusal by local authorities to take a report. An officer, when asked to facilitate federal contact, stated, "I don't work like that," and laughed. This confirms the clandestine warnings I received regarding the depth of public corruption protecting the Defendants' extraction venture and proves that local law enforcement is not a viable "safe harbor."

3. **Clandestine Advisement and Tactical Interrogation**

   The Systemic Extraction Venture utilizes Covert Facilitation and Subterfuge with Deniability to maintain a state of "unattributable" interference. The

nature of the interrogation on October 21, 2024, demonstrates the coordinated nature of the extraction:

- **The "Airport" Inquiry**: On October 21, 2024, instead of standard report-taking, the alleged Miami City Police Department conducted a targeted interrogation. The Appellant was asked "which airport" she utilized rather than identifying the perpetrators of the battery.

- **The Scope of Beneficiaries**: This focus on transportation logistics confirms that the Beneficiaries of the Venture—including but not limited to Meta, Solos, the US Army, and the Department of Defense (DoD)—are actively seeking to identify and neutralize internal sources who assisted the Appellant.

- **National Security as a Veil**: These entities are the primary beneficiaries of the Aria, EagleEye, and Orion architectures. By using state-affiliated law enforcement to ask targeting questions (like "which airport"), they are using the veil of "national security" to protect their $22B+ interest while eliminating internal ethical resistance.

- **Omission of Dates**: Appellant is intentionally omitting specific timestamps of the "Clave Warnings" to prevent these Beneficiaries from using the court record as a "map" to identify the ethical actors within these agencies who provided survival intelligence.

**4. Necessity for Independent Security and Insulated Housing**: The refusal of local law enforcement to act, combined with the confirmed threats to my life, necessitates the IMMEDIATE appointment of Independent Executive Protection of my choosing. I cannot trust "pre-selected" security or public agencies that have already demonstrated complicity or indifference to my physical survival.

- **The Environmental Threat**: Because I do not have a private home, the Beneficiaries of the Venture utilize the tactic of renting or reserving surrounding apartments and rooms to deploy devices through walls to inflict physical battery.

- **The Requirement for Insulated Housing**: Consequently, the Court must authorize funds for Secure, Private or Semi-Private Housing that is physically isolated from adjacent occupancies controlled by the Defendants or their agents. This housing must be vetted by the Appellant's chosen independent security team to ensure it is forensically "clean" and free from electronic or physical compromise.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of May, 2026.

/s/ Daitona Carter

DAITONA CARTER, Appellant Pro Se

# NOTICE TO THE COURT: MANDATORY STATUTORY STAY

**PLEASE TAKE NOTICE** that pursuant to the Trafficking Victims Protection Act (TVPA), 18 U.S.C. § 1595(b)(1), this civil action shall be stayed during the pendency of active federal criminal investigations.

Appellant has filed formal criminal reports with the following agencies:

- **FBI (IC3 Report):** Filed March 2026

- **IPRC:** Filed February/March 2026

- **Federal Departments/Agencies:** Filed May 2026

## I. Statutory Mandate

Under 18 U.S.C. § 1595(b)(2), a "criminal action" includes both investigation and prosecution. As these investigations arise out of the same occurrence as this appeal—specifically the theft of IP and physical battery—the District Court exceeded its authority by issuing "Mootness" or "Filing Restriction" orders on May 8 while these investigations were active. Such orders are statutorily void.

The criminal nexus involving the 'Miami Extraction' is the culmination of a continuous criminal enterprise dating back to 2019. The Defendants have systematically used physical and digital force to obtain the labor and intellectual

property of the Appellant. Consequently, any assets generated from this 2019–2026 period are subject to immediate forfeiture and constructive trust as proceeds of a crime under the TVPA.

## II. Confidentiality And In Camera Review

Due to documented risks of public corruption and retaliatory harm, specific report numbers and witness identities are omitted from this public notice. Appellant stands ready to provide these "anchors" to this Court for In Camera review immediately upon request to verify the stay's activation.

**RENEWED REQUEST FOR AN IMMEDIATE ADMINISTRATIVE STAY AND EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL**

**I. Notice Of Actual Advisement And Willful Infringement**

Appellant hereby certifies that the Defendants, their Legal Counsel, and relevant Federal Oversight Agencies were provided with actual and constructive notice of senior ownership and contested title years prior to the commercial and military extractions of 2026:

- **Executive Notice:** Mark Zuckerberg (CEO, Meta) was personally notified on March 5, 2021. Andrew Bosworth (CTO, Meta) was notified between January and April 2021.

- **Governmental Notice:** Direct notice provided to the NSA, DOD, DIA, DARPA, CISA, the SEC, Senator Ted Cruz, Jim Jordan, various congresspersons and senators and the Office of President Donald J. Trump (Nov/Dec 2022).

- **Law Enforcement:** Continuous reporting to the FBI and DOJ (2021–Present), specifically documenting the physical battery used to extract the IP.

**Legal Effect:** Despite this exhaustive record, Defendants proceeded with the May 15, 2026, Neural SDK release and the May 5, 2026, Scale AI contract. This

constitutes Willful Infringement and Modern Slavery under the guise of commercial development.

## II. Preliminary Statement: Demand For Constructive Trust & Escrow

Appellant moves as the rightful claimant of a Constructive Trust. The "Aria", "Orion" and "Neural" architectures are assets obtained through physical battery and digital sequestration. Appellant demands that all proceeds from the $22 Billion U.S. Army "EagleEye" contract (4/28/26) and the $500 Million Scale AI Pentagon contract (5/5/26) be placed in Court-Supervised Escrow pending the resolution of this appeal. The District Court's May 8 "mootness" order facilitates the laundering of these stolen assets into federal procurement streams.

## III. Statement Of Exhaustion: The Jurisdictional Obstruction

Seeking relief below is impracticable due to a retaliatory timeline designed to "clear the tracks" for federal contracts:

- **April 15:** Writ of Mandamus filed regarding ADA/ECF Access rights.
- **April 22:** Notice of Appeal filed (Divesting the District Court of jurisdiction).
- **April 27:** ECF Access Revoked (Retaliatory lockout 24 hours before Army launch and two days).

- **April 28:** U.S. Army Announcement ($22B Project EagleEye / Appellant's Display IP).

- **May 5:** Scale AI Extraction ($500M deal executed during pending CAFC Stay).

- **May 8:** Judicial "Mootness" Order (Finalizing the administrative record cleaning).

- **May 14:** Neural SDK Deployment (Meta releases v4).

## IV. Introduction And Emergency Status

### A. Procedural Conflict and Administrative Lockout

Pursuant to Fed. R. App. P. 8 and Fed. Cir. R. 8, Appellant Daitona Carter ("Appellant") moves this Court for an immediate administrative stay and an emergency injunction to halt the coordinated commercial and military deployment of her proprietary intellectual property.

- **The May 8 Restriction**: On May 8, 2026, the District Court issued a procedural restriction (ECF 113) that effectively utilized the resolution of a minor accessibility petition (No. 26-136) as a shield to block the Appellant from filing substantive proof of the Systemic Extraction Venture.

- **Administrative Sabotage**: This lockout was strategically timed to coincide with the finalization of the $22B Project EagleEye contract and the May 6

Scale AI partnership, which "launders" Appellant's Habitual AI logic into a $500M Pentagon initiative.

**B. Scope of the Emergency:** Multi-Channel Asset Laundering (May 6–15, 2026)
The urgency of this status is driven by the fact that the Appellant is being physically and legally erased while her property is integrated into the national security infrastructure across the following channels:

1. **Military Seizure (Project ARIA / EagleEye)**: The U.S. Army has officially proceeded with the rollout of Project ARIA (Army Rapid Implementation of AI) and the finalization of the Project EagleEye HUD contract. These programs utilize the Appellant's proprietary sensor-fusion and spatial intelligence logic, constituting a de facto Taking under 28 U.S.C. § 1498.

2. **Commercial Hardware Rollout (Ray-Ban Meta / Oakley)**: The Defendants have integrated the Appellant's priority "Acoustic Logic" and "Frame-Tap" work (2009-2019) into the global retail launch of Ray-Ban Meta and Oakley smart glasses.

3. **The Solos/Kopin Infringement**: Plaintiff Solos' (Kopin Corp holds 20% stake) has commercialized five (5) patents (including '389 and '866) that directly map to the Appellant's 2016-2019 prototypes, utilizing derived technology to secure market share while the Appellant is indigent and incapacitated.

4. **The Scale AI Laundering**: The $500M Scale AI/Pentagon contract finalized on May 6 serves to transform Appellant's proprietary logic into "training data," effectively erasing the source of the innovation.

## C. Applicable Civil and Constitutional Authorities

The "Authorization and Consent" of the government is void ab initio under the following authorities:

- **The Fifth Amendment (Takings Clause)**: Prohibits the taking of private property (including trade secrets) for public use without Just Compensation.

- **18 U.S.C. §§ 1589, 1590, 1591, and 1595 (TVPA)**: Mandates an immediate stay and provides civil remedies for victims of a venture executed through systemic fraud, psychological and physical coercion, medical sabotage, credible threats to life, debt bondage, the abuse of the legal and digital process, and physical battery. Pursuant to 18 U.S.C. § 1595(b)(1), the District Court's failure to stay proceedings during the pendency of a related criminal investigation is a manifest error of law rendering subsequent orders void ab initio.

- **18 U.S.C. § 1836 (DTSA)**: Authorizes emergency relief for the willful and malicious misappropriation of trade secrets, which are now being diluted via the May 15 Neural SDK rollout.

- **Pub. L. 117-211 & FAR 52.222-50**: Requires the immediate referral of trafficking allegations involving federal contractors (Meta/Solos) to the Suspension and Debarment Officials (SDO).

- **28 U.S.C. § 1651 (All Writs Act)**: Grants this Court the power to issue all writs necessary to protect its jurisdiction and prevent the Existential Irreparable Harm of the Appellant's erasure.

## D. The Human Cost: Existential Irreparable Harm

The extraction is maintained through active violence and Predatory Litigation:

- **Physical and Medicinal Sabotage**: Appellant was subjected to a physical battery on May 15, 2026 (6:00 AM) intended to obstruct this filing.

- **The Incentive for Erasure**: By labeling the family "unstable" via fraudulent medical records (Ex. 3) and stealing $2.1M in life insurance assets (Ex. 4), the Beneficiaries seek to ensure that should the Appellant perish, the title to the $22B contract is laundered through the Defendants' own structure rather than the rightful heirs.

## V. Statement Of Exhaustion (Rule 8(a)(2)(A)(ii))

## A. Denial of Lower Court Stay on April 29, 2026

The District Court denied a stay on April 29, 2026, and subsequently barred the Appellant from further proceedings.

## B. Impracticability and Administrative Bait-and-Switch

Seeking further relief is impracticable due to a documented "administrative bait-and-switch." On March 30, 2026, the Court Clerk commanded Appellant to "refrain from emailing documents." On April 7, 2026, the Clerk backpedaled, stating physical delivery—ignoring Appellant's documented battery injuries only after contacting SDNY, FedPro SDNY and EDNY and various clerks to at the Courthouse. This culminated on May 15, 2026, with an unauthorized backend password change PACER lockout again (4/8, 4/27, 5/3), timed to prevent Appellant from filing against today's Neural Band/SDK rollout.

## C. Hacking Of ECF 91 And Administrative Suppression Of ECF 92

The District Court record has been forensically compromised by both external hacking and internal administrative suppression. Regarding ECF 91, external hackers infiltrated the filing process to execute a "Duplicate Trap." Despite each file having unique file names and distinct digital hashes proving they were separate pieces of evidence, the hacker intervention altered the docket descriptions to label them as "duplicates."

This tampering was used to "erase" Appellant's evidence from the Judge's view. Subsequently, Court staff executed the total suppression of ECF 92, sealing the core evidence. When the Judge claimed Appellant "never provided" proof, she was relying on a record that had been forensically scrubbed of the very evidence Appellant had successfully uploaded.

This is a Claim Chart bridging the gap of what was said to not be present. It maps the Appellant's "Facts Folder" (Ex. V-7) and 2017 Source Code against the specific technical elements of the five Solos patents and Meta's related "Project Aria" IP. All of this information and more is available on the lower court docket in multiple locations. Anyone that did not see it, choice to overlook it.

**Inconclusive Claim Mapping: Appellant (Carter) vs. Solos/Meta Patents**

| Patent Target / Area | The "Legal" Claim Element | Petitioner's Technical Match (2009–2018) | Forensic Evidence (Ex. V-7 / Facts) |
|---|---|---|---|
| Solos '389 (Audio) | "Fractional time delay structures" in microphone arrays. | 2009 Acoustic Logic: MirrorMixing/DSP case studies for directional audio. | Ex. M-51: Multi-sensor audio processing logic (Pre-dates 2013 filing). |
| Solos '866 (Structure) | "Acoustic chambers" integrated into the eyewear temples. | 2016 Prototypes: 3D-printed temples designed for speaker isolation. | Ex. M-32 / M-83: Physical reduction to practice of temple-integrated audio. |
| Solos '055 (AI/ML) | "Multimodal output" based on contextual user assistance. | 2017 ocr.py / speechAnalyser.py: Real-time visual-to-audio logic. | Ex. M-92 / M-56: Source code performing exactly the "multimodal" assistance claimed. |

| | | | |
|---|---|---|---|
| Solos '174 (Context) | "Sensor fusion logic" to determine user activity/surroundings. | 2017 "Discovery Mode": Logic for glasses "seeing" and ID'ing objects in real-time. | Ex. M-17: Software architecture for contextual awareness. |
| Solos '339 (System) | Integrated architecture of sensors + on-device context processing. | 2019 "ARIA" EWC Registration: The first holistic "Aria" smart glass system. | Ex. M-52 / M-53: 2019 "Meet Aria" deck showing the full system architecture. |
| Meta "Project Aria" (IP) | Spatial Intelligence and "egocentric" data collection. | 2017 Public Snippet: prototype showing spatial data capture. | Ex. M-90: Public video predating Meta's 2020 announcement by 3 years. |

## VI. Legal Theory: Bad Faith Fragmentation

The Defendants' course of conduct constitutes a sophisticated Common Law Fraud and Civil Conspiracy to obscure the theft of the Appellant's prior conception through the following mechanisms:

- **Strategic Dismemberment of Common Law Assets**: Defendants deliberately dismembered the unified "ARIA" system, a brand and architecture in which the Appellant holds Senior Priority via Common Law Use (Est. 2019). By splitting the holistic architecture into isolated components—Display (EagleEye), Audio (Ray-Ban Meta), and AI (Project Aria)—the Defendants sought to obscure the singular origin of the "Aria" ecosystem.

- **The Extraction Mechanism**: The Continuous Extractive Enterprise was the operational mechanism used to harvest the "SOS" and "Safety" logic now featured as "new" innovations in these fragmented products. The physical battery and medical sequestration were executed specifically to facilitate the extraction of the Multimodal Sensor Fusion handshake while the Appellant was under duress.

- **Laundering of Priority**: By fragmenting the system, the Defendants attempted to "re-invent" the Appellant's trade secrets as independent innovations. This allowed the work to be laundered into federal defense contracts (Project EagleEye) and commercial retail (Ray-Ban/Oakley) without acknowledging the Appellant's senior common law priority and original unified conception.

## ViI. THE "CHECKMATE" TABLE: EXTRACTION MAPPING

| Asset / Contract | Forensic Anchor | Extraction Mechanism | Value |
|---|---|---|---|
| Project EagleEye (Army) | M-10 to M-22 (Display) | 4/27 ECF Lockout / 4/28 Launch | $22B |
| Scale AI (Neural AI) | M-93 (Habitual Logic) | 5/5 Stay Circumvention | $500M |
| Acoustic Logic | 2009-19 Prototypes | File Tampering and Suppression | Market Cap |
| Aria Trademark | 2019 EWC Reg. | Bad Faith Fragmentation | Incalculable |

## VIII. THE MANDATORY REFERRAL TRIGGER (Pub. L. 117-211)

The Appellant's evidence of battery, sequestration, and theft-via-force is not "unrelated" to the patent dispute; it is a Mandatory Reporting Trigger under federal law.

- Ministerial Duty: Under the End Human Trafficking in Government Contracts Act of 2022 (Pub. L. 117-211) and 22 U.S.C. § 7104b, the District Court became a formal intake point for "credible information" of trafficking involving federal contractors (Meta/Solos - Kopin owns 20%).
- The Breach: By labeling this evidence "moot" and sequestering the technical matrices in ECF 92, the court below bypassed its duty to refer these allegations to the Suspension and Debarment Officials (SDO).
- The Harm: This "Sanction of Silence" allows the Defendants to bypass FAR 52.222-50 compliance audits, effectively using the judicial system to "launder" all of the Appellant's related work into the public market while the Appellant remains under the threat of civil and criminal physical battery and assault.

# IX. ARGUMENT

## A. Irreparable Harm: Existential Threat & 28 U.S.C. § 1498

The integration of Appellant's IP into Project EagleEye creates a statutory bar to injunctive relief. The theft was facilitated by "digital sequestration" during the September 2024 Miami extraction event. The harm is not merely monetary; it is existential. As of today, May 15, 2026, Meta has launched the Third-Party Neural SDK. This update allows outside developers to utilize Appellant's proprietary bone-conduction and frame-tap logic. This commercial distribution creates an irreversible "dilution" of Appellant's IP. Once this technology is integrated into thousands of third-party applications, the "bell cannot be unrung," and Appellant's rights as the senior inventor are permanently extinguished.

## TECHNICAL MAPPING -  The Ecosystem Theft

| Appellee Asset | Specific Violation | Appellant's Priority (2009-2019) |
|---|---|---|
| Meta Ray-Ban/Oakley SDK | Count III: Infringement | Ex. M-93: speechAnalyser.py / NLP logic. |
| Solos Smart Glasses | Count I: TVPA Benefit | Ex. M-51: MirrorMixing DSP architecture. |
| Army Project EagleEye | Count IV: Taking | Ex. M-81: Snells' Law Optical Calibrations. |
| Project Orion and partners | Count III: Theft | Ex. M-52: "Nurture" Behavioral AI logic. |

**B. Likelihood of Success on the Merits**

The District Court denied intervention on the false premise that Appellant's claims were "conclusory" (ECF NO. 90). This finding is a manifest error of fact contradicted by the record:

1. **The Feature Comparison Table:** In the April 17 Declaration (EXHIBIT J), Appellant provided a granular technical mapping of her 2009–2019 "Aria" architecture against the Defendants' patents. This table identified specific "concrete, claim-level contributions" regarding optical architecture and Discovery Mode logic.

2. **The Evidence Was Present:** The Judge's claim that Appellant "never provided" proof is a result of the ECF 91 "Duplicate Trap" hacking and the administrative sealing of ECF 92. The evidence was not missing; it was suppressed and intentionally overlooked.

3. **Derivation Under 35 U.S.C. 256:** Because Appellant provided proof of prior conception (M-series exhibi ts) and the Defendants' access via the Twilio/WhatsApp bridge, she has a high likelihood of proving she is an Omitted Inventor.

4. **Strategic Severance:** Defendants dismembered the unified ARIA system into "EagleEye," Ray-Ban Meta, and the Neural Band to obscure theft.

Today's Neural SDK rollout allows third parties to utilize Appellant's EMG-to-Action mapping (Priority 2016).

5. **Selective Evidence Suppression:** On April 17, 2026 (Docket #91), the Appellant's metadata and descriptions were tampered with during filing. Additionally, the following filing (Docket #92), was suppress without a known order or seal replacing them with "-1" placeholders. Pacer shows these files as successfully being uploaded and NEF to all parties. However, they are not visible on the public docket.

6. **The Miami Extraction/The Multimodal Sensor Fusion (Ex. 12):** The architecture the Defendants are currently commercializing in the May 14 Neural SDK is the direct result of the September 2024 Miami Extraction. Appellant previously reduced this technology to practice and used it in real time in a scale way to seek help from trafficking via a physical AR hologram—a 'Multimodal' integration of light and sensor logic—witnessed by third parties (Miami Fire Dept in Brickell). Because the system was a prototype that required the Appellant to physically maintain the structural integrity of the components to function (the "Hand-Held Calibration"), the subsequent battery and sequestration were the only means by which the Defendants could "harvest" the hardware-software handshake that defines the Aria ecosystem. This physical manifestation predates Meta's commercial

"SDK" and serves as unrebuttable evidence of prior conception under 35 U.S.C. § 102. Appellant certifies that the 'Multimodal' light-logic was manifesting SOS signals at a functional scale in Brickell. This was a life-saving deployment of IP, not a demo. Within hours, the was retaliation to bodily harm the Appellant and the family pet Lily lost her life instead. The architecture was physically extracted from the Appellant during this window of high-intensity battery.

## C. Extraction via Bodily Harm and Retaliation

The harm in this case is not merely "monetary" or "commercial." It is existential and physical. The extraction of the "Multimodal Sensor Fusion" logic and other trade secrets from the Appellant was not a business transaction; it was a violent seizure spanning years.

- **The Retaliation Window:** Within hours of the real-time SOS manifestation in Brickell, the Appellant was subjected to a high-intensity battery.

- **The Fatal Cost:** This retaliation resulted in direct bodily harm to the Appellant and the loss of life of the family pet, Lily, who was killed as a direct consequence of the efforts to seize this architecture. Nani, another family pet, would lose her life in the same way on July 31, 2025.

- **Legal Implication:** Under 18 U.S.C. § 1591 and the TVPA, the use of violence or the threat of harm to a "person or animal" to extract service or

property is a primary indicator of trafficking. The May 14 Neural SDK is, quite literally, the "fruit of a poisonous tree," commercialized at the expense of a living being's life.

## X. THE DERIVATION TIMELINE (2009–2026)

The following table identifies the specific "Target Assets" being commercialized by the Appellees. These assets were filed and granted while the Appellant was being subjected to documented physical battery and trafficking, despite the Appellant having reduced the technology to practice years prior.

| Feature / Invention | Appellant's Reduction to Practice | Patent Filing Date | Patent Grant Date | Appellee Asset |
|---|---|---|---|---|
| "Discovery Mode" Logic | 2017: Source Code (Exhibits M-11, M-93) | Jan 2023 | Jan 2, 2024 | Solos US 11,860,455 |
| AI Translation Interface | 2016: Translation Pedagogy (Exhibits M-76, M-77) | Mar 2023 | Mar 26, 2024 | Solos US 11,940,654 |
| Audio-Visual Sync | 2009: MirrorMixing Compressor (Exhibit M-51) | Nov 2019 | Mar 23, 2021 | Solos US 10,955,671 |
| Optical Assembly | 2017: Prototype Logs (Exhibits M-10 to M-22) | Dec 2017 | Feb 26, 2019 | Solos US 10,216,005 |
| Environmental Sensing | 2013: Context-Aware Logic (Exhibit M-1) | Dec 2021 | Jan 3, 2023 | Solos US 11,543,652 |
| "ARIA" Architecture and Trademark | June 2019: YouNoodle Pitch Deck (Exhibit M-52) | N/A | N/A | Meta Project ARIA |

## XI. WILLFUL MISAPPROPRIATION AND THEFT OF TRADE SECRETS

A. Willful Misappropriation of the Highest Order (18 U.S.C. § 1836) The Defendants' conduct constitutes willful and malicious misappropriation of trade secrets. Because the Appellant was in the process of "correction" and formalizing the intellectual property when the extraction occurred, the Defendants' actions were designed to strip the Appellant of the ability to ever secure the patent rights she is entitled to.

1. **Extraction of Trade Secrets:** The "Multimodal Sensor Fusion" and "Habitual AI" logic were proprietary trade secrets at the time of the September 2024 battery. Defendants did not "discover" this tech; they seized the "Source" (the Appellant) to bypass the legal patenting process.

2. **Obstruction of Patent Rights:** By launching "Project Aria" and the Neural SDK while the Appellant was incapacitated, Defendants effectively "poisoned the well," attempting to make the Appellant's own invention appear as "prior art" belonging to the Defendants.

3. **Laundering Through Public Markets:** Defendants proceeded to reproduce and sell this proprietary work without a single license or contract. This was a coordinated effort to "launder" the technology into the public domain and

military defense contracts before the Appellant could complete the formal patenting process.

4. **Personal Notice to Leadership:** Defendants Zuckerberg and Bosworth received direct, personal notice of the theft of the Aria/Neural architecture between 2021 and 2025 (Ex. 9). Despite this, they knowingly authorized the launch of "Project Aria" and related technologies.

5. **Laundering Through Public Markets and Defense:** In a coordinated effort to "launder" the Appellant's life's work, the Defendants embedded this stolen logic into the public markets and high-value military defense contracts (**Project EagleEye/Scale AI**) while the Appellant was physically incapacitated by the September 2024 battery.

6. **Knowledge of the "Brickell SOS":** The Defendants proceeded with the extraction despite the public manifestation of the tech in Brickell (**Ex. 12**). To commercialize technology that was birthed in a distress signal is the definition of "egregious" conduct under *Halo Electronics, Inc. v. Pulse Electronics, Inc.*

Because the Defendants possess no permission, consent, license, or legal contract, their continued distribution of all ARIA-related technologies—including the hardware integrations and logic—constitutes an ongoing, irreparable trespass. Enhanced damages under 35 U.S.C. § 284 (and related trade secret protections) are

warranted because the Defendants have treated the Appellant's life and work as a "cost of doing business" rather than a protected property right.

1. Scope of the Ongoing Trespass (Consumer & Defense): The Defendants have fragmented the Appellant's unified architecture into various sub-brands to obscure the origin of the theft. This includes, but is not limited to:

- Consumer Wearables: The Orion project, Ray-Ban Meta, and Oakley smart glasses, which utilize the stolen Multimodal Sensor Fusion logic.

- Military Defense: The funneling of "Habitual AI" and "SOS/Safety" logic into Project EagleEye for the US Army.

- Data Laundering: The use of Scale AI to transform proprietary logic into "training data" for a $500M Pentagon contract (Ex. 11).

**2. Irreparable Harm via Incapacitation**: This coordinated effort to "launder" the Appellant's life's work through public markets and military contracts was executed while the Appellant was physically and legally incapacitated by the September 2024 battery and subsequent retaliation (Ex. 13).

3. Absence of Legal Binding Apparatus: There is no "color of right" for the Defendants' actions. No license, contract, or agreement exists. Every unit distributed and every defense milestone reached represents a willful

misappropriation of technology that was birthed in a distress signal (the Brickell SOS, Ex. 12) and seized through violence.

Conclusion: Immediate injunctive relief is the only mechanism to halt the permanent dilution of the Appellant's Trade Secrets. To allow the Defendants to continue commercializing the "Aria/Orion" ecosystem is to permit the legalization of property obtained through criminal extraction.

## XII. LEGAL THEORY: COMMERCIAL DEVELOPMENT AS A VEIL FOR TRAFFICKING

### A. The Definition Of Modern Slavery In IP

Appellant asserts that the conduct of the Defendants—specifically the exploitation of technology obtained through the physical sequestration and identity theft of the inventor—meets the federal definition of Modern Slavery and Human Trafficking under the guise of commercial development.

1. **Coordinated Laundering:** This was a coordinated effort to 'launder' the Appellant's life's work through the public markets and federal defense contracts while the Appellant was physically and legally incapacitated via battery and unauthorized digital lockout. By embedding the stolen Multimodal Sensor Fusion Architecture and Habitual AI logic into Project EagleEye (US Army) and the Scale AI / Pentagon contract, the Defendants sought to insulate themselves from liability by hiding the theft behind the veil of national security. Despite an exhaustive record of notice to the highest levels of government (NSA, SEC, DOJ, DIA, DARPA, CISA, FBI) and corporate leadership (Zuckerberg, Bosworth), Defendants proceeded to reproduce, distribute, and sell the Appellant's life work without permission, consent, licensing, a contract, or any other legal binding apparatus.

## XIII. THE MANDATORY REFERRAL TRIGGER (Pub. L. 117-211)

The Appellant's evidence of battery, sequestration, and theft-via-force is not "unrelated" to the patent dispute; it is a Mandatory Reporting Trigger under federal law.

- Ministerial Duty: Under the End Human Trafficking in Government Contracts Act of 2022 (Pub. L. 117-211) and 22 U.S.C. § 7104b, the District

Court became a formal intake point for "credible information" of trafficking involving federal contractors (Meta/Solos - Kopin owns 20%).

- The Breach: By labeling this evidence "moot" and sequestering the technical matrices in ECF 92, the court below bypassed its duty to refer these allegations to the Suspension and Debarment Officials (SDO).

- The Harm: This "Sanction of Silence" allows the Defendants to bypass FAR 52.222-50 compliance audits, effectively using the judicial system to "launder" all of the Appellant's related work into the public market while the Appellant remains under the threat of civil and criminal physical battery and assault.

## I. The 2019–2026 Slavery Nexus

To incorporate this timeline into your filing, use the following structure:

## The Continuous Venture (2019–2026)

The Coordinated Extractive Enterprise of 2024–2026 was not an isolated incident but the final phase of a coercive venture initiated in 2019. Under 18 U.S.C. § 1589 (Forced Labor) and § 1591, the Defendants engaged in a scheme to:

- **Isolate**: Stripping the Appellant of her livelihood and digital identity starting in 2019.

- **Extract**: Utilizing physical battery and psychological duress to siphon the 2009–2019 conception logic.

- **Commercialize**: Laundering that extracted work into SDKs, "Orion" and "Aria" architectures for billions in profit.

## II. Impact On The Constructive Trust

The requested Constructive Trust is mandated by the Defendants' execution of a Systemic Extraction Venture—a coordinated, multi-year enterprise utilizing sophisticated tradecraft, medicinal sabotage, and physical battery to harvest the Appellant's total intellectual property.

### A. Aggravated Coercion via Non-Attributable Advisement and Documentary Fraud

The Systemic Extraction Venture utilized Covert Facilitation to execute medicinal and nutritional sabotage. Credible Non-Attributable Advisement from ethical government-affiliated actors—who bypassed compromised formal channels due to documented Public Corruption—confirmed active threats to the Appellant's life. These "Clave Warnings" provided essential survival intelligence, identifying specific points of compromise in transportation (Uber), communication infrastructure, and nutritional security.

On October 21, 2024, the venture transitioned into a coordinated physical sequestration under the guise of an official welfare check. Instead of standard

investigative inquiry, law enforcement at the Camden Brickell venue facilitated traffickers by unlawfully transporting the Appellant and her family for a targeted interrogation. The interrogation focused exclusively on the technical capabilities of the intellectual property, specifically "the inventor" and Python source code, in a non-clinical setting.

1. **The Fraudulent Medical Encounter**: During the subsequent detention at a medical facility, no clinical or medical questions were posed by the "doctor" in attendance. The encounter was a tactical maneuver designed to remove the family from their residence for a four-hour window, facilitating unauthorized access to the premises and the Appellant's hardware.

## 2. Forensic Nullity of DH Form 7001 and Identity Sabotage

- **Intentional Misidentification and Discreditation**: The Appellant's name was purposely misspelled on the official record, while family members' names were recorded correctly. This was a calculated tactic to discredit the testimony of the Appellant and the primary witnesses (family) by creating a "legal ghost" in the record. This maneuver was designed to facilitate potential involuntary guardianship claims, effectively stripping the family of legal autonomy.

- **Theft of Life Insurance Assets ($2.1M+ Total)**: This sequestration facilitated the coordinated Account Takeover and theft of $1.7M in life

insurance policies and $400,000 in Guardian Life Insurance policies belonging to the family. Additionally, a $750,000 policy was identified as being maintained by criminal actors to monetize the Appellant's potential demise.

- **Law Enforcement Complicity**: These financial crimes were reported to the same law enforcement officers who facilitated the October 21 "transport." These officers refused to take a formal report, proving their role in the Systemic Extraction Venture and the deliberate "Sanction of Silence" regarding the financial strangulation of the Appellant.

- **Forensic Void of Vitals**: As previously noted, these forms recorded zero (0) vitals, proving the "clinical diagnosis" was a fabricated pretext for the physical removal of the family from their residence to execute the hardware/software extraction and financial account takeovers.

**3. Pharmacological Cover-Up and Daytime Obstruction**: The Appellant was provided with sedatives/sleeping pills not for clinical necessity, but as a tactical mechanism to discredit her and ensure nighttime incapacitation.

- **Fabricated Narrative**: The medication was utilized to create a false record of "insomnia" to mask the reality of the Appellant's injuries. This allowed the Defendants to claim the Appellant was "up at night" due to a medical condition rather than seeking emergency relief from physical battery.

- **Obstruction of Emergency Signaling**: Because the smart-glass holograms and light-based distress signals were invisible during the high-intensity sunlight of the Miami daytime, the Appellant was forced to wait until nighttime to attempt to flag down citizens and passing traffic for help.

- **The Intent of the Sedatives**: By forcibly sedating the Appellant during the only hours her visual distress signals were effective (nighttime), the Defendants effectively neutralized her ability to summon help from the public, while simultaneously "harvesting" the hardware-software handshake in her absence.

2. **Post-Incident Acceleration**: Following this coordinated interference, the physical battery and assault escalated, and the Defendants aggressively accelerated the release of technology derived from the Appellant's work. This proves the October 21 incident was a Mechanism of Extraction, not a medical or law enforcement necessity.

## B. Tradecraft as a Mechanism for Sabotage

The Defendants utilized Subterfuge with Deniability to maintain a state of "unattributable" interference. This allowed for the systematic extraction of the Aria and EagleEye architectures across multiple jurisdictions, including Korea (2019), Miami (2023–2025), and New York City (2025–Present). By maintaining

this veil of deniability, the Defendants effectively bypassed the "Duty to Warn" protocols and prevented the activation of formal witness protection mechanisms.

## C. Forced Extraction and Asset Laundering

The Defendants exploited these states of physical and digital duress to "harvest" the hardware-software handshake and total system logic of the Appellant's prior conception. This constitutes a Continuous Criminal Venture where the use of tradecraft was the primary tool to launder stolen technology into federal defense contracts while the Appellant was targeted for physical and digital erasure.

## D. Mandatory Restitution and Survival Remedies (18 U.S.C. § 1593)

Because this Venture utilized life-threatening coercion and systemic sabotage to bypass legal title, the Court is mandated to order restitution for the "full amount of the victim's losses." Equity demands that the fruits of this extraction—valued at $22B+—be frozen in a Constructive Trust to fund:

- **Independent Executive Protection** (Vetted and selected solely by the Appellant).

- **Forensic Medical Screening** (To address medicinal and nutritional sabotage).

- **Secure Subsistence** (Shelter and food isolated from compromised supply chains).

## B. The Failure Of The Lower Court

The District Court's refusal to acknowledge this nexus—dismissing the evidence as "conclusory" while it remained suppressed in ECF 92—represents a failure to protect the integrity of the judicial process. A court cannot "permit" the commercialization of stolen architecture simply because the theft was accompanied by violence. To do so makes the Court an unwitting participant in the trafficking scheme.

## XIV. Identification Of Asserted IP Claims And Patents

- **Trademark "ARIA" (Holistic System):** 2019 YouNoodle EWC Registration.
- **U.S. Patent Nos.** 11,835,744; 11,762,201; 10,761,326; 11,082,055.

## XV. The Judicial Sanction Of Modern Slavery

The court below committed a fundamental error of fact and law by characterizing the physical battery and sequestration of the Appellant as "unrelated" to the property dispute.

1. **The Definition of Slavery:** Slavery is defined by the taking of work or service through force, without contract or rights. The Appellant's intellectual work was, and continues to be, taken through the exact violence the lower court refused to acknowledge. By "mooting" the intervention, the court has allowed the Appellant and her family to continue to be trafficked, as the Defendants are now permitted to profit from that forced service without legal consequence.

2. **Breach of Mandatory Referral (2022 Act):** Under the End Human Trafficking in Government Contracts Act of 2022 and FAR 22.17, the court serves as a formal intake point for credible allegations involving federal contractors. The court below bypassed its ministerial duty to refer these substantiated claims of battery and IP theft to the Suspension and Debarment Officials (SDO) and the DOD Inspector General.

3. **The Administrative "Black Hole":** By labeling the trafficking "immaterial," the judge created a legal "black hole" designed to prevent the administrative "tripwire" from being pulled. This "Sanction of Silence" allows the Defendants to maintain a "clean bill of health" for government contracts despite documented non-compliance with human rights mandates.

## XVI. Invalidation Mapping

This table demonstrates that the judicial dismissal of the "M-Series" evidence directly facilitates the commercialization of stolen, and therefore invalid, patents.

| Patent/Feature | Appellant Evidence (Pre-2019) | Judicial Dismissal Impact | Federal Statute Violated |
|---|---|---|---|
| Optical Architecture | M-10 through M-22 (Verified 1:1 Match) | Labeled "Conclusory" to avoid finding of Derivation. | 35 U.S.C. § 256 (Omitted Inventor) |
| "Discovery Mode" Logic | M-11, M-88 (Original Source Code) | Mooted as "Unrelated" to hide theft-via-battery. | 18 U.S.C. § 1589 (Forced Labor) |
| Real-Time Translation | M-51, M-93 (Technical Prototypes) | Sequestered in ECF 92 to prevent public audit. | FAR 52.222-50 (Trafficking Compliance) |
| Aria Branding/AI | Nurture Research (2016) | Timeliness used to "Launder" the 4-year lead time. | 13th Amendment (Involuntary Servitude |

## XVII. Conclusion And Request For Relief

The Appellant respectfully submits that the District Court's denial of intervention and refusal to stay proceedings constitutes a grave miscarriage of justice. This appeal centers on a prima facie case of Derivation under 35 U.S.C. § 102(f), wherein the Defendants obtained the "Aria," "EagleEye," and "Orion" architectures by forcibly extracting the Appellant's prior conception (2009–2019) through the September 2024 Coordinated Extractive Enterprise."

To prevent the continued dissipation of derived assets and the suppression of forensic evidence, the Appellant respectfully requests that this Court:

## I. Issue A Mandatory Stay And Order Reassignment

1. **Vacate** the District Court's orders and impose a Mandatory Statutory Stay pursuant to 18 U.S.C. § 1595(b)(1) (Trafficking Victims Protection Act).

2. **Reassign** this case to a new District Judge or appoint a Special Master to ensure an impartial review, citing the lower court's systematic suppression of the evidentiary record.

## II. Evidence Of Willful Infringement And Bad Faith

1. **Direct Executive Notice**: Mark Zuckerberg and Andrew Bosworth were personally notified in early 2021, establishing three years of willful disregard for Appellant's title.

2. **Federal Oversight Awareness**: Despite notice to the federal government and independent agencies (i.e DOD, NSA, and DARPA) before and after 2023, federal funds continue to be diverted to the "EagleEye" and "Project Aria" program using derived IP.

3. **Post-Notice Extractions**: The May 15, 2026, Neural SDK release—occurring just days ago— Defendants are actively commercializing stolen IP while the Appellant is under physical and digital duress.

## III. Order Correction Of Inventorship

4. **Remand** with instructions to correct inventorship under 35 U.S.C. § 256, declaring the Appellant the sole or joint inventor of the disputed patents.

5. **Declare** the Defendants' patents void ab initio, as they were procured through fraud, theft, and derivation of the Appellant's trade secrets and 2009 2021 source code and portfolio.

## IV. Remediate Evidentiary Suppression

6. Order an immediate Forensic Audit of the CM/ECF system to investigate the administrative suppression of ECF 91 and ECF 92 – and review overall record.

7. Order the immediate Unsealing of ECF 92 to restore the proof of derivation to the public and judicial record.

## V. Independent Executive Protection And Subsistence

Authorize the immediate release of funds from the Constructive Trust for the retention of Private, Independent Executive Protection (EP).

1. **Non-Conflict Mandate**: The Appellant shall have the sole authority to select an independent, third-party security firm with no prior or current contractual ties to the Defendants or any involved government agencies.

2. **Protection Against Spoliation**: Such protection is necessary to prevent further physical battery, witness intimidation, and the spoliation of forensic evidence by the Defendants or their agents.

3. **Survival & Shelter**: Funds shall be released to provide for a secure, non-disclosed shelter and all basic subsistence (food and medical) to ensure the Appellant's safety during the pendency of this litigation.

## VI. Establish An Emergency Constructive Trust

Impose an Immediate Constructive Trust and Court-Supervised Escrow over all proceeds derived from the willful infringement of the Appellant's technology, including but not limited to:

- **Defense Contracts:** All revenue from the "EagleEye" program, SBMC, and Project ARIA.

- **Commercial Revenue:** All hardware sales from Ray-Ban Meta and Oakley, and all licensing from the Meta Neural SDK.

- **Strategic Assets:** All profits, equity, and ownership interests linked to the Scale AI and Meta-Anduril collaborations.

## VII. Ensure Equality Of Arms

Authorize the release of escrowed funds to provide the Appellant—currently indigent due to the Defendants' theft—with immediate access to litigation funding for the retention of specialized counsel and expert forensic witnesses.

The law cannot tolerate the "laundering" of derived assets through federal contracts while the true inventor is silenced. Equity demands the immediate restoration of the Appellant's rights.

**WHEREFORE**, Appellant respectfully prays that this Court acts immediately to:

- **ESTABLISH** a Constructive Trust and Court-Supervised Escrow to fund Independent Executive Protection of the Appellant's choice and provide for immediate subsistence (secure shelter and food), ensuring her physical survival and freedom from interference;
- **AUTHORIZE** funds for said Independent Executive Protection and the rental of a Detached or Semi-Private, Secure Residence where the Appellant has the sole right of selection to ensure physical isolation from the Defendants' technical and physical reach;
- **ENJOIN** the continued commercialization, distribution, and deployment of the derived "Aria," "EagleEye," and "Orion" architectures, including the May 15, 2026, Neural SDK rollout;

- **CORRECT** the forensically compromised record by unsealing **ECF 92** and restoring the Appellant's status as the rightful inventor under **35 U.S.C. § 256**;

- **SECURE** all proceeds and interests derived from the Appellant's work to prevent the final erasure of her lifework and to provide the "Equality of Arms" necessary for a fair trial;

- **GRANT** an Emergency Mandatory Stay of all proceedings pursuant to **18 U.S.C. § 1595(b)(1)** pending the outcome of the active criminal investigations.

To do otherwise is to sanction a grave miscarriage of justice and the permanent theft of the Appellant's prior conception and fundamental human rights

/s/ Daitona Carter

DAITONA CARTER,  Pro Se Intervenor-Appellant

General Delivery Delivery Points Authenticated via US-Appellate-ECF Gateway

E-Service/E-Filing Portal Access Only

Dated: May 15, 2026

# APPELLANT'S CONFIDENTIAL INDEX OF EXHIBITS

| Exhibit No. | Intellectual Property / Forensic Anchor | Nature of Work & Filing Status |
|---|---|---|
| Ex. 1 | Notice of Mandatory Statutory Stay | Invocation of 18 U.S.C. § 1595(b)(1). |
| Ex. 2 | Record of Federal Criminal Referrals | Verified dates of FBI/OIG/IPRC intake.[IN CAMERA ONLY} |
| Ex. 3 | Meta Neural SDK v4 Technical Brief | Evidence of commercial dilution as of 5. |
| Ex. 4 | ECF 92 Forensic Metadata Tampering | Proof of unique files and hashes versus "duplicated" file statements. |
| Ex. 5 | ECF 94 Forensic Metadata Log | Proof of senior trademark and holistic architecture priority. |
| Ex. 6 | 2019 "ARIA" YouNoodle Entrepreneur's World Cup (EWC) Registration | Proof of senior system-wide architecture priority. |
| Ex. 7 | M-93: Proprietary Technical Stack | [MANUAL FILING / IN CAMERA ONLY] Combined Source Code, Neural Notes, and Logic Schemas. (Non-PDF format). |
| Ex. 8 | M-51: Acoustic Process & DSP Work and MirrorMixing DSP Case Study | Proprietary methodology for directional audio logic +Proof of 2009 priority for the directional audio logic integrated into Solos '389. |
| Ex. 9 | Notice of Actual Advisement (2021-2025) | Verification of notice to Meta CEO, CTO and Lead Counsel. |
| Ex. 10 | Statement on Public Corruption & Safety | Formal declaration regarding the necessity of In Camera review to protect witnesses and investigation integrity. |
| Ex. 11 | Scale AI / Pentagon $500M Contract | Evidence of extraction of Habitual AI logic (May 5, 2026). |
| Ex. 12 | The Miami SOS Hologram & Multimodal Sensor Fusion | Forensic Video: AR/XR manifestation in Brickell; witnessed by Miami Fire Dept. Proof of "Hand-Held Calibration." |

| | | |
|---|---|---|
| Ex. 13 | Record of Retaliatory Bodily Harm & Loss of Life | [DEATH CERTIFICATE - IN CAMERA ONLY] Evidence of high-intensity retaliation and the killing of family pet, Lily, within hours of the Brickell SOS manifestation. |
| Ex. 14-17 | | To be filed by supplemental filing due to emergency physical incapacitation of appellant |

# EXHIBIT 1

# NOTICE OF MANDATORY STATUTORY STAY

**PLEASE TAKE NOTICE** that pursuant to the Trafficking Victims Protection Act (TVPA), **18 U.S.C. § 1595(b)(1)**, this civil action shall be stayed during the pendency of active federal criminal investigations.

Appellant has filed formal criminal reports with the following agencies:

- **FBI (IC3 Report)**: Filed March 2026
- **IPRC**: Filed February/March 2026
- **Federal Departments/Agencies**: Filed May 2026

## I. STATUTORY MANDATE

Under **18 U.S.C. § 1595(b)(2)**, a "criminal action" includes both investigation and prosecution. As these investigations arise out of the same occurrence as this appeal—specifically the theft of IP and physical battery—the District Court exceeded its authority by issuing "Mootness" or "Filing Restriction" orders on May 8 while these investigations were active. Such orders are statutorily void.

The criminal nexus involving the Continuous Extractive Enterprise is the culmination of a continuous criminal enterprise dating back to 2017. The Defendants have systematically used physical and digital force to obtain the labor and intellectual property of the Appellant. Consequently, any assets generated from

this period are subject to immediate forfeiture and constructive trust as proceeds of a crime under the TVPA.

## II. CONFIDENTIALITY AND IN CAMERA REVIEW

Due to documented risks of public corruption and retaliatory harm, specific report numbers and witness identities are omitted from this public notice. Appellant stands ready to provide these "anchors" to this Court for In Camera review immediately upon request to verify the stay's activation.

**EXHIBIT 2**

**RECORD OF FEDERAL CRIMINAL REFERRALS**
**[FILED IN CAMERA / UNDER SEAL]**
*Verified dates of FBI/OIG/IPRC intake. Submitted privately to protect investigative integrity.*

**EXHIBIT 3**

**META NEURAL SDK V4 TECHNICAL BRIEF**
*Evidence of Commercial Dilution and Unauthorized Distribution of Proprietary Logic as of May 15, 2026.*

**Back to Blog**

May 14, 2026

# The wait is over: Build for display glasses starting today



Developers have been experimenting and building hands-free experiences on our AI glasses using camera, audio, and voice. Now, we're excited to offer a way to present information visually, directly in the moment.

We're rolling out access to the display on [Meta Ray-Ban Display](#) ↗ glasses with two build paths: for mobile apps and now for Web Apps as well, both in developer preview. You can create

 
You can get a head start [building and testing display experiences](#) ↗ on AI glasses that are worn by people around the world. You don't need to build with a dev kit and imagine what might be possible—these glasses already exist.

Availability is rolling out over the coming weeks, so start building early to help define the future of wearables development. If you run into any issues, let us know by sharing your feedback and reporting bugs through the [Developer Center](#) ↗.

0:00 / 0:28

*Video featuring apps of hands-free experiences on our AI glasses using camera, audio, and voice.*

## A new input model for AI glasses: gesture controls via Meta Neural Band

Display is only part of the story. How users interact matters just as much.

Meta Ray-Ban Display glasses support gesture controls powered by surface electromyography (EMG) via Meta Neural Band, enabling effortless input through subtle finger and hand movements.

For developers, this opens up a new unique interaction model that doesn't rely on touchscreens, voice, or capacitive touch. You can design experiences that respond to simple gestures, enabling more discrete, immediate control in real-world contexts without speaking or reaching for the glasses.

## What you can build

With access to the display, developers can start exploring a wide range of use cases:

- Information overlays
- Real-time data displays, like scores or status updates

 
## Two ways to build for display glasses

Whether you're an iOS, Android, or web developer, you can build for Meta Ray-Ban Display glasses without learning a new language or a new framework. Your existing stack works for both build paths.

### *The Meta Wearables Device Access Toolkit*

We've added display capabilities to the Meta Wearables Device Access Toolkit. This native mobile SDK for iOS and Android that lets you extend your existing app onto the glasses display. Using the toolchains you already know—Swift for iOS, Kotlin for Android— you can now add display UI components including text, images, lists, buttons, and video playback. Combined with the existing toolkit capabilities (camera, audio, and display), the Device Access Toolkit gives mobile developers deep hardware integration that no other AI glasses SDK can match.

Read more in our [developer docs](#) 🔗.

### *Web Apps*

A new path for developers who want to build standalone experiences from scratch using standard HTML, CSS, and JavaScript. No proprietary framework to learn. No new language. You can build games, transit tools, cooking guides, grocery lists, instrument practice, and more. with access to motion and orientation data, phone GPS, input from the Meta Neural Band and local storage. Because it's web-native, iteration is fast: build and preview in your browser, then deploy to your glasses via a URL. This path is ideal for rapid prototyping, lightweight utilities, and entirely new categories of on-device experiences.

Read more in our [developer docs](#) 🔗.

## Get started

Availability is rolling out starting today, see linked documentation for full details.:

- **Device Access Toolkit**: Check out the GitHub repos for [iOS](#) 🔗 and [Android to](#) 🔗 integrate the SDK, and visit the [documentation](#) 🔗 for more details.
- **Web Apps**: Access the starter kit on [GitHub](#) 🔗 to start building with your favorite AI coding tools including Claude Code, Cursor, GitHub Copilot, and more, and visit the [documentation](#) 🔗 for more details.

Even in Developer Preview, you can share Web Apps via password-protected URLs and Device Access Toolkit builds via release channels with up to 100 testers. The developers who build, test, and learn in this early phase will have an outsized impact on what this category becomes.

We can't wait to see what you build. If you're new to building for our AI glasses, start here: developer.meta.com/wearables.

𝕏 Meta

    

| Developer Centers | Documentation |
|---|---|
| AI | Llama |
| Meta Horizon OS | Unity |
| Social technologies | Worlds in Meta Horizon |
| Wearables | Meta Spatial SDK |
| | Wearables |
| | Facebook Login |
| | Instagram Platform |
| | WhatsApp Business Platform |
| | Threads API |

| Resources | Support |
|---|---|
| Blog | AI |
| Success stories | Meta Horizon |
| Videos | Wearables |
| Programs | Social technologies |

English (US)

**EXHIBIT 4**

**ECF 91 FORENSIC METADATA TAMPERING**
*Forensic Evidence of Unique File Hashes vs. "Duplicate Trap" Administrative Statements.*

**Docket Text: Final Text**

Emergency MOTION for Reconsideration *AND RELIEF FROM ORDER* by Daitona Carter. (Attachments: # (1) Supplement, # (2) Supplement, # (3) Exhibit Granted Leave to File April 13, # (4) Exhibit Granted Leave to File April 13eave to File April 13, # (5) Exhibit Granted Leave to File April 13eave to File April 13, # (6) Exhibit Granted Leave to File April 13ave to File April 13, # (7) Exhibit 2009 Prior work and research with DSP/audio, # (8) Exhibit 2013 Earliest documented conception of context-aware AV system, # (9) Exhibit Conception of AI language translation device, # (10) Exhibit Earliest public conception of AI language device, # (11) Exhibit Thermal eye-tracking STL (M-97), # (12) Exhibit Meet Aria - M52-54 (Younoodle EWC Ex H, ), # (13) Exhibit Meetup.com - patent meetup, # (14) Exhibit Samsung patent published (M-100) matches M+ LinkedIn outreach, # (15) Exhibit Twitter post tagging @boztank & @fb about theft of $68B Project ARIA, # (16) Exhibit TIMELINE COMPARISON CHART, # (17) Exhibit Evidence Table)(Carter, Daitona)

**Attention!!** Pressing the NEXT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.

Have you redacted?

*Source Document Path (for confirmation only):*
C:\fakepath\Motion for Reconsideration.pdf    pages: 5
C:\fakepath\DECLARATION OF DAITONA CARTER IN SUPPORT OF MOTION FOR RECONSIDERATION.pdf    pages: 3
C:\fakepath\DECLARATION RECONSIDERATIONJOINT INVENTORSHIP, DERIVATION, AND IRREPARABLE HARM.pdf    pages: 4
C:\fakepath\SUPPLEMENTAL EVIDENCE.pdf    pages: 14
C:\fakepath\PROPOSED ORDER RE DIGITAL INTERFERENCE.pdf    pages: 3
C:\fakepath\NOTICE OF AUTHENTICATION (EXHIBITS G, H, & L).pdf    pages: 3
C:\fakepath\Exhibit L Forensic Documentation of Financial Interdependence.pdf    pages: 3
C:\fakepath\Exhibit_M-51.pdf    pages: 7
C:\fakepath\Exhibit-M-1.pdf    pages: 1
C:\fakepath\Exhibit_M-03.pdf    pages: 1
C:\fakepath\Exhibit_M-76.pdf    pages: 1
C:\fakepath\Exhibit_M-97.pdf    pages: 1
C:\fakepath\Exhibit_M-52.pdf    pages: 3
C:\fakepath\Exhibit_M-98.pdf    pages: 1
C:\fakepath\Exhibit_M-100.pdf    pages: 1
C:\fakepath\Exhibit-M-59.pdf    pages: 1
C:\fakepath\TIMELINE COMPARISON CHART.pdf    pages: 1
C:\fakepath\EVIDENCE TABLE.pdf    pages: 3

Next    Clear

  

# Activity in Case 1:26-cv-10304-ADB Solos Technology Limited v. Meta Platforms, Inc. et al Motion for Reconsideration

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 4/17/2026 11:49 AM EDT and filed on 4/17/2026

Case Name: Solos Technology Limited v.

Meta Platforms, Inc. et al

Case Number: 1:26-cv-10304-ADB https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?294817

Filer: Daitona Carter

Document Number: 91

Copy the URL address from the line below into the location bar of your Web browser to view the document:

https://ecf.mad.uscourts.gov/doc1/095013619738?
caseid=294817&de_seq_num=274&magic_num=7110960

Docket Text:

Emergency MOTION for Reconsideration
<i>AND RELIEF FROM ORDER</i> by Daitona Carter. (Attachments: # (1) Supplement, # (2) Supplement, # (3) Exhibit Granted Leave to File April 13, # (4) Exhibit Granted Leave to File April 13eave to File April 13, # (5) Exhibit Granted Leave to File April 13eave to File April 13, # (6) Exhibit Granted Leave to File April 13ave to File April 13, # (7) Exhibit 2009 Prior work and research with DSP/audio, # (8) Exhibit 2013 Earliest documented conception of context-aware AV system, # (9) Exhibit Conception of AI language translation device, # (10) Exhibit Earliest public conception of AI language device, # (11) Exhibit Thermal eye-tracking STL (M-97), # (12) Exhibit Meet Aria - M52-54 (Younoodle EWC Ex H, ), # (13) Exhibit Meetup.com - patent meetup, # (14) Exhibit Samsung patent published (M-100) matches M+ LinkedIn outreach, # (15) Exhibit Twitter post tagging @boztank & @fb about theft of $68B Project ARIA, # (16) Exhibit TIMELINE COMPARISON CHART, # (17) Exhibit Evidence Table)(Carter, Daitona)


1:26-cv-10304-ADB Notice has been electronically mailed to:
Ali S. Razai
ali.razai@morganlewis.com, vanessa.green@morganlewis.com

Andrew V. Devkar
andrew.devkar@morganlewis.com

Brandon G. Smith
brandon.g.smith@morganlewis.com, leslie.y.garcia@morganlewis.com, occalendardepartment@morganlewis.com


Daitona Carter dddddc@tuta.com

Eric E Lancaster
ericlancaster@paulhastings.com, ceciliaacosta@paulhastings.com, rayejones@paulhastings.com

Jameson J. Pasek
jameson@caldwelllaw.com

Katherine W. Soule
katherine.soule@morganlewis.com, katie.thompson@morganlewis.com

Keegan Michael Caldwell
keegan@caldwelllaw.com

Lisa K. Nguyen
lisanguyen@paulhastings.com, ceciliaacosta@paulhastings.com

Matthias Kamber
matthiaskamber@paulhastings.com, ceciliaacosta@paulhastings.com,
jerricethomas@paulhastings.com

Shixiong Wang
steve@caldwelllaw.com

Stephanie Nicole Adamakos
stephanieadamakos@paulhastings.com

1:26-cv-10304-ADB Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-0]
[4c40800e69300a75cadd19033fbc8837d01f0757e9079be03b299399df5ce11633cb149a1e4527

Document description: Supplement

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-1]

[622eef42ded6f7d7133ef3ab2f7e44d3641c5b44885131de59dbd64ac7ef9cdcc02d5fd8a731b58

Document description: Supplement

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-2]

[d39eb94fcf6a3b5dc246f0abea6a2f3e24b16c2a957ae8a9e2db2f734a2e351e309e3808dbabfa2a

Document description: Exhibit Granted Leave to File April 13

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-3]

[1a4adb54cfd252ca032516136da07014aa9d75f8625800c553db145a9159ee02b79904ed45f91ea

Document description: Exhibit Granted Leave to File April 13eave to File
April 13

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-4]

[03837b69060a7ae2d235ce7a5102a4571b709d944b8c134e60102e70d9d0b386d3b2ab6d37d0;

Document description: Exhibit Granted Leave to File April 13eave to File
April 13

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-5]

[3cba02f790c66b87900cefd53c3ea7cc77f32885220b1eecef250e0af0c1ba77f356f2004dce5a5f5a

Document description: Exhibit Granted Leave to File April 13ave to File April
13

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-6]

[d91372e7e711958f4b10dc6ffaa1bae4c1fe37dd73a315cdcd2481c1db55bc1da0b7b240276aaeb

Document description: Exhibit 2009 Prior work and research with DSP/audio

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-7]
[08989a3d11ed07fc8d93aec84ae61f4e18ec278b10435d73ae35ddf8fe8b4b886571ba12a7b0def

Document description: Exhibit 2013 Earliest documented conception of context-aware AV system
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-8]
[3945034cb6d8d579a1b86a4cea391c4f32adbef88881dfb6b8bcfeef366572ded9803bf455062d4

Document description: Exhibit Conception of AI language translation device

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-9]
[3a0537f38bba84373ea83f95504f9154d55da75dc079382db3c1beda3b3e4daf47a4bcf8508f655

Document description: Exhibit Earliest public conception of AI language device

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-10]
[41791084f1b8548b40b4803a73b0a39e6ff232cf1579a4016e49a61c48eedff37247c10a744e6739

Document description: Exhibit Thermal eye-tracking STL (M-97)
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-11]
[2a97c76066d9f58246ae3616651e3b21447fa6f58d2afe485f51596f6bc37a85a51aafd4c980b80a

Document description: Exhibit Meet Aria - M52-54 (Younoodle EWC Ex H, )

Original filename: yes
Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-12]
[21430075f283110dd9370d47e29e69fe703a35d6aee276ddd87b4a1f017bd77da3e33d2957ef28

Document description: Exhibit Meetup.com - patent meetup

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-13]
[65f6e9a69e7b9ac9f0243adbf682b2ea223b50f36adb2237ee3eb7938d26835ee03e6fed8765b76

Document description: Exhibit Samsung patent published (M-100) matches M+ LinkedIn outreach

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-14]
[9b3798c0ebfd9f699979b696d327abdd42a38a787ddf8c3bf8631fcf08b97d436af02d562da8a8ff

Document description: Exhibit Twitter post tagging @boztank & @fb about theft of $68B Project ARIA

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-15]
[655e209b38084e5e0cccfe2b0b944cf9fca22acb7a9f4fe21d15ed551be819f77013fdf5f715707ae

Document description: Exhibit TIMELINE COMPARISON CHART

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-16]
[1d2554591d6ff1005797c2c028055e64d9e5ef80426f343329f7c232ec99a066d2b1dd5bd9c9e11

Document description: Exhibit Evidence Table

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11918580-17]
[77ed1f3d1896fc19b5dc9658c0389f01812f57a6b4a85ad5b4de30967bc7d6b7a2dd92326a0b8f5

**EXHIBIT 5**

**ECF 92 FORENSIC METADATA LOG**
*Proof of Senior Trademark Priority and Holistic "Aria" System Architecture.*

**Docket Text: Final Text**

Emergency MOTION for Reconsideration *AND RELIEF FROM ORDER* by Daitona Carter. (Attachments: # (1) Supplement, # (2) Supplement, # (3) Exhibit Granted Leave to File April 13, # (4) Exhibit Granted Leave to File April 13eave to File April 13, # (5) Exhibit Granted Leave to File April 13eave to File April 13, # (6) Exhibit Granted Leave to File April 13ave to File April 13, # (7) Exhibit 2009 Prior work and research with DSP/audio, # (8) Exhibit 2013 Earliest documented conception of context-aware AV system, # (9) Exhibit Conception of AI language translation device, # (10) Exhibit Earliest public conception of AI language device, # (11) Exhibit Thermal eye-tracking STL (M-97), # (12) Exhibit Meet Aria - M52-54 (Younoodle EWC Ex H, ), # (13) Exhibit Meetup.com - patent meetup, # (14) Exhibit Samsung patent published (M-100) matches M+ LinkedIn outreach, # (15) Exhibit Twitter post tagging @boztank & @fb about theft of $68B Project ARIA, # (16) Exhibit TIMELINE COMPARISON CHART, # (17) Exhibit Evidence Table)(Carter, Daitona)

**Attention!!** Pressing the NEXT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.
Have you redacted?

*Source Document Path (for confirmation only):*
C:\fakepath\Motion for Reconsideration.pdf    pages: 5
C:\fakepath\DECLARATION OF DAITONA CARTER IN SUPPORT OF MOTION FOR RECONSIDERATION.pdf    pages: 3
C:\fakepath\DECLARATION RECONSIDERATIONJOINT INVENTORSHIP, DERIVATION, AND IRREPARABLE HARM.pdf    pages: 4
C:\fakepath\SUPPLEMENTAL EVIDENCE.pdf    pages: 14
C:\fakepath\PROPOSED ORDER RE DIGITAL INTERFERENCE.pdf    pages: 3
C:\fakepath\NOTICE OF AUTHENTICATION (EXHIBITS G, H, & L).pdf    pages: 3
C:\fakepath\Exhibit L Forensic Documentation of Financial Interdependence.pdf    pages: 3
C:\fakepath\Exhibit_M-51.pdf    pages: 7
C:\fakepath\Exhibit-M-1.pdf    pages: 1
C:\fakepath\Exhibit-M-03.pdf    pages: 1
C:\fakepath\Exhibit_M-76.pdf    pages: 1
C:\fakepath\Exhibit_M-97.pdf    pages: 1
C:\fakepath\Exhibit_M-52.pdf    pages: 3
C:\fakepath\Exhibit_M-98.pdf    pages: 1
C:\fakepath\Exhibit_M-100.pdf    pages: 1
C:\fakepath\Exhibit-M-59.pdf    pages: 1
C:\fakepath\TIMELINE COMPARISON CHART.pdf    pages: 1
C:\fakepath\EVIDENCE TABLE.pdf    pages: 3

[Next]  [Clear]

              

## Document Selection Menu

Select the document you wish to view.

| Document Number: | ☑ [92](#) | 1 page | 83.3 KB |
|---|---|---|---|

| Attachment | Description | Pages | Size |
|---|---|---|---|
| ☑ [1](#) | Discovery Mode (OpenCV object detection + overlay)Gaze-based recognition | 1 page | 145.6 KB |
| ☑ [2](#) | Discovery Mode (OpenCV object detection + overlay)Gaze-based recognition | 1 page | 185.3 KB |
| ☑ [3](#) | Geo AR + Arducam/RPi camera sourcingLocation-based AR + hardware procurement fo | 1 page | 134.8 KB |
| ☑ [4](#) | Geo AR + Arducam/RPi camera sourcingLocation-based AR + hardware procurement fo | 1 page | 141.3 KB |
| ☑ [5](#) | 1.22-inch MIPI DSI display + assembly notesComponent selection & assembly | 1 page | 120.6 KB |
| ☑ [6](#) | 1.22-inch MIPI DSI display + assembly notesComponent selection & assembly | 1 page | 142.2 KB |
| ☑ [7](#) | I/O wiring, module choices, and firmware tests to capture speech input, process | 1 page | 142.9 KB |
| ☑ [8](#) | Solar Temple Arm rendering + handwritten ergonomic specsWearable frame design | 1 page | 782.3 KB |
| ☑ [9](#) | Solar Temple Arm rendering + handwritten ergonomic specsWearable frame design | 1 page | 615.0 KB |
| ☑ [10](#) | PHP linguistic engine (chinese_nouns.php, grammar, etc.)Language processing bac | 1 page | 143.5 KB |
| ☑ [11](#) | Lens & mirror mount assembly log + optical stack sketchPhysical reduction to pr | 1 page | 120.6 KB |
| ☑ [12](#) | Acoustic Logic Case Study Waves H(ybrid)-Compressor pluginPrior work and resear | 7 pages | 1.8 MB |
| ☑ [13](#) | Meet Aria pitch deck (Pages 13) branding + full feature roadmapPrior Aria mark | 3 pages | 345.4 KB |
| ☑ [14](#) | RPi Speech directory (speechAnalyser.py etc.)Speech processing source code | 1 page | 24.1 KB |
| ☑ [15](#) | AWS Receipt | 1 page | 157.1 KB |
| ☑ [16](#) | AI language teaching software (<3 days)AI instruction conception | 1 page | 43.2 KB |
| ☑ [17](#) | Translation interface (Korean Bread)Early translation app proof | 1 page | 1.9 MB |
| ☑ [18](#) | Translation notes (Korean/English phrases + grammar)Language feature developmen | 1 page | 3.4 MB |
| ☑ [19](#) | Black & white prototype glasses photoActual reduction to practice | 1 page | 1.0 MB |
| ☑ [20](#) | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | 1 page | 179.6 KB |

| | | | | |
|---|---|---|---|---|
| ☑ | 21 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | 1 page | 179.6 KB |
| ☑ | 22 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | 1 page | 156.7 KB |
| ☑ | 23 | app.py Twilio SMS integration codeCommunication infrastructure / source code | 1 page | 92.5 KB |
| ☑ | 24 | Hand-drawn sketch: Concave vs Convex Lenses + solar panelOptical design (lenses | 1 page | 713.2 KB |
| ☑ | 25 | Reflects M82- Samsung U.S. Patent 10,866,417 B2 see-through display apparatusTe | 1 page | 67.5 KB |
| ☑ | 26 | "Tech Lab 'Blog' ~ Public Notes for AR/VR Development + Women� | 2 pages | 282.4 KB |
| ☑ | 27 | KCASH (@SEEMYBIAS.official on Instagram for sister brand KPOP.Life) connec | 1 page | 155.8 KB |
| ☑ | 28 | How to add Ads to videos without distorted (ASR-driven contextual ad insertion) | 1 page | 249.3 KB |
| ☑ | 29 | Nurture by Breaking Barriers NLP real-time translation wearableConception of AI | 1 page | 247.0 KB |
| ☑ | 30 | Real World Learning - Building the algo | 1 page | 1.1 MB |
| ☑ | 31 | October 4, 2017 (Build a frame 3x thickness Use maker lab)Prototype design note | 1 page | 111.2 KB |
| ☑ | 32 | LinkedIn analytics screenshot showing post engagement metrics and viewer demogr | 1 page | 100.7 KB |
| ☑ | 33 | Prescription intergration from day one - and-drawn sketch comparing concave vs. | 1 page | 713.2 KB |
| ☑ | 34 | Photograph of hacksaw tool used by movant during physical prototyping and cutti | 1 page | 934.0 KB |
| ☑ | 35 | Reflection and refraction notes (Snells Law)Optical physics conception | 1 page | 118.9 KB |
| ☑ | 36 | LinkedIn profile JeongSu Dennis HAN, Ph.D., Sensor Specialist at Samsung Electr | 1 page | 41.1 KB |
| ☑ | 37 | Screenshot (Junhee Lee profile)Profile Date: October 21, 2017Profile of Junhee | 1 page | 60.6 KB |
| ☑ | 38 | Electromagnetic integration in movants smart glasses/head-worn AR/VR system. | 1 page | 782.3 KB |
| ☑ | 39 | Black & white prototype glasses photoActual reduction to practice | 2 pages | 158.9 KB |
| ☑ | 40 | Black & white prototype glasses photoActual reduction to practice | 1 page | 1.0 MB |
| ☑ | 41 | Thief taunting "Facebook Era" - DuckDuckGo search daitona carter pub | 1 page | 397.5 KB |
| ☑ | 42 | Post/message to Mark Zuckerberg (@zuck) about the projectPre-litigation as | 1 page | 14.0 KB |
| ☑ | 43 | Smart Glasses Bookmarks / Links.txt (OpenCV, RPi)Software/hardware planning | 1 page | 185.3 KB |
| ☑ | 44 | Prototype frames description + glasses photo (wont make you look like a doucheb | 1 page | 303.2 KB |

| ☑ | 45 | Text message: trying to cut glass. Knife wont work. I need laser. + goggles pho | 1 page | 102.9 KB |
| ☑ | 46 | Meetup: LEARN THE STEPS TO PATENT, PITCH, PRODUCE & FUNDINGPublic commercializa | 1 page | 56.8 KB |
| ☑ | 47 | Meetup: LEARN THE STEPS TO PATENT, PITCH, PRODUCE & FUNDINGPublic commercializa | 1 page | 75.8 KB |
| ☑ | 48 | ThermalEyetap_STL_Files.zip (3D-printable thermal eye-tracking)Gaze/thermal int | 1 page | 92.5 KB |
| ☑ | 49 | Object Detection and Recognition (YouTube skeletal mapping)Computer vision / ob | 1 page | 201.9 KB |
| ☑ | 50 | Object Detection and Recognition (YouTube skeletal mapping)Computer vision / ob | 1 page | 143.5 KB |
| ☑ | 51 | pythonOCRimageToText (ocr.py + test images)Optical character recognition source | 1 page | 51.0 KB |
| ☑ | 52 | Screenshot of Korean language learning table (vocabulary and phrases); supporti | 1 page | 100.7 KB |
| ☑ | 53 | Black & white prototype glasses photoActual reduction to practice | 1 page | 68.4 KB |
| ☑ | 54 | Hand-drawn whiteboard eye diagramOptical engineering sketch - Samsung Patent | 1 page | 3.4 MB |
| ☑ | 55 | DLP NIRscan Nano Optical Architecture diagramDetailed optical system design | 1 page | 3.4 MB |
| ☑ | 56 | Translation notes (Korean/English phrases + grammar)Language feature developmen | 1 page | 5.9 MB |
| ☑ | 57 | LinkedIn post: AI parents (will teach new language) + full project listEarliest | 1 page | 3.4 MB |
| ☑ | 58 | Korean Real World Learning spreadsheet (vocabulary phrases)Translation feature | 1 page | 4.4 MB |
| ☑ | 59 | Blog Entry 9 Snells Law, lens design, optics videoOptical engineering + public | 1 page | 204.1 KB |
| ☑ | 60 | LinkedIn outreach to ODG (Ralph Osterhout) & NAVER CorpDiligence & industry col | 1 page | 1.1 MB |
| ☑ | 61 | Blog Entry 9 Snells Law, lens design, optics videoOptical engineering + public | 1 page | 229.5 KB |
| ☑ | 62 | Notes on adding microphone to device using Jasper project for voice interface i | 1 page | 185.2 KB |
| ☑ | 63 | Gmail to FBI/SEC/DOJ/CIA/etc. (multi-agency notice)Formal misappropriation noti | 1 page | 50.8 KB |
| ☑ | 64 | LinkedIn post with prototype video + lab notes linkPublic disclosure of functio | 1 page | 77.6 KB |
| ☑ | 65 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | 1 page | 100.7 KB |

| View Selected | or | Download Selected | | 76 pages | 43.2 MB |

ECFnotice@mad.uscourts.gov
to: dddddc@tuta.com + 1 ▼

Fri, Apr 17, 2026 • 5:23 PM

# Activity in Case 1:26-cv-10304-ADB Solos Technology Limited v. Meta Platforms, Inc. et al Notice (Other)

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 4/17/2026 5:21 PM EDT and filed on 4/17/2026

Case Name: Solos Technology Limited v. Meta Platforms, Inc. et al

Case Number: 1:26-cv-10304-ADB https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?294817

Filer: Daitona Carter

Document Number: 92

Copy the URL address from the line below into the location bar of your Web browser to view the document:

https://ecf.mad.uscourts.gov/doc1/095013621426?caseid=294817&de_seq_num=276&magic_num=69355889

Docket Text:

-1

1:26-cv-10304-ADB Notice has been electronically mailed to:

Ali S. Razai

[ali.razai@morganlewis.com](mailto:ali.razai@morganlewis.com), [vanessa.green@morganlewis.com](mailto:vanessa.green@morganlewis.com)

Andrew V. Devkar

[andrew.devkar@morganlewis.com](mailto:andrew.devkar@morganlewis.com)

Brandon G. Smith

[brandon.g.smith@morganlewis.com](mailto:brandon.g.smith@morganlewis.com), [leslie.y.garcia@morganlewis.com](mailto:leslie.y.garcia@morganlewis.com), [occalendardepartment@morganlewis.com](mailto:occalendardepartment@morganlewis.com)

Daitona Carter [ddddc@tuta.com](mailto:ddddc@tuta.com)

Eric E Lancaster

[ericlancaster@paulhastings.com](mailto:ericlancaster@paulhastings.com), [ceciliaacosta@paulhastings.com](mailto:ceciliaacosta@paulhastings.com), [rayejones@paulhastings.com](mailto:rayejones@paulhastings.com)

Jameson J. Pasek

[jameson@caldwelllaw.com](mailto:jameson@caldwelllaw.com)

Katherine W. Soule

[katherine.soule@morganlewis.com](mailto:katherine.soule@morganlewis.com), [katie.thompson@morganlewis.com](mailto:katie.thompson@morganlewis.com)

Keegan Michael Caldwell

[keegan@caldwelllaw.com](mailto:keegan@caldwelllaw.com)

Lisa K. Nguyen

[lisanguyen@paulhastings.com](mailto:lisanguyen@paulhastings.com), [ceciliaacosta@paulhastings.com](mailto:ceciliaacosta@paulhastings.com)

Matthias Kamber

[matthiaskamber@paulhastings.com](mailto:matthiaskamber@paulhastings.com), [ceciliaacosta@paulhastings.com](mailto:ceciliaacosta@paulhastings.com), [jerricethomas@paulhastings.com](mailto:jerricethomas@paulhastings.com)

Shixiong Wang

[steve@caldwelllaw.com](mailto:steve@caldwelllaw.com)

Stephanie Nicole Adamakos

[stephanieadamakos@paulhastings.com](mailto:stephanieadamakos@paulhastings.com)

1:26-cv-10304-ADB Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:

Document description: Main Document

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-0]

[77ea482ec7e55717c156b32512f407e157cd653ee214178c4803d3f7200eece189634d2e6660a9

Document description: Discovery Mode (OpenCV object detection + overlay)Gaze-based recognition

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-1]

[7973f955434f7a3fe7a478e6c5fbe56b808f19d7830441b68ee248acc4abf565a1efdf170ce83fedb

Document description: Discovery Mode (OpenCV object detection + overlay)Gaze-based recognition

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-2]

[877b7c2bfb8bf6491486e3500d2c04794ffa98b92bd7c61ed0b32019ad2477a759dbd00ba8317c

Document description: Geo AR + Arducam/RPi camera sourcingLocation-based AR + hardware procurement for "Ad sales and Shopping"

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-3]

[d47bf83f6859059e1c68ab8e449e93ae3a7efb4220d1a4fa747336a82b4244bd4d58a66ca976abc

Document description: Geo AR + Arducam/RPi camera sourcingLocation-based AR + hardware procurement for "Ad sales and Shopping"

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-4]

[7bb85bbf2767e90d0d0766b6d894f52ccc93d9a8af05567eaf7c77cc7264543a43df16a7e726a4ac

Document description: 1.22-inch MIPI DSI display + assembly notesComponent selection & assembly

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-5]

[b659f8a6fdab15efa9fb3884e4636f7bbc45b65f33de773f5418f2289b794baeb36d89549c5742fc4

Document description: 1.22-inch MIPI DSI display + assembly notesComponent selection & assembly

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-6]

[0ea0f674399e050baf94b1588ed32227f8c76612db7b7690af0732012461af41116c0362dfe2e08c

Document description: I/O wiring, module choices, and firmware tests to capture speech input, process/translate it, and output translated speech.

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-7]

[3ed099a8a26ba81a58a44d526dd6bc25029fe64ab49a4ffa9e21941671f3bd7311c665d5bfe83aa

Document description: Solar Temple Arm rendering + handwritten ergonomic specsWearable frame design

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-8]
[cd16c7bd886a32784540f968736f6e68f45beb44eeffb8b558e7c4505217d417e649aae3e86793a

Document description: Solar Temple Arm rendering + handwritten ergonomic specsWearable frame design
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-9]
[3706e6192951189fc273c9715689cc0397424c4a40e9cb50ad8a92c39c86f2fd610bca36f3c61968

Document description: PHP linguistic engine (chinese_nouns.php, grammar, etc.)Language processing backend
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-10]
[6e0c83907dd9be8ad5dac9723ab8885c8c503c97cd5ed9b8cce875b84e48b92cc96d297fe926f68

Document description: Lens & mirror mount assembly log + optical stack sketchPhysical reduction to practice
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-11]
[3c20ac501719094af8ce336489b2fb4424af8b11c8b5061b6eac504a01f66be84f327bebf30c4dce

Document description: Acoustic Logic Case Study Waves H(ybrid)-Compressor pluginPrior work and research with DSP/audio
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-12]
[117666ef46a5ddb92c51bda46590421e66e01c5495d69494fec537f6bde6ac835b2b5c928de3b0

Document description: Meet Aria pitch deck (Pages 13) branding + full feature roadmapPrior Aria mark + features predating Meta (M-52-M54)
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-13]

[e053603068dfb6def571a9b9747cecd7686efc57870ea54d6745b0cd02fe04ad2e6488cfeac9432(

Document description: RPi Speech directory (speechAnalyser.py etc.)Speech processing source code
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-14]
[8746106bc60fba78fb600d16531cfb7825984d98a6b0caa7f7723fff58634dd5a4a5546df7a4fc53(

Document description: AWS Receipt
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-15]
[316d07abe8455d4b2701091582b7ea30ffeb86b4ac303b0b019ec58d43cc5a317e12d19a54c463

Document description: AI language teaching software (<3 days)AI instruction conception
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-16]
[dea1422147add4010962e2e593b6409141952800b8fb1c1a510914a824525b416b29d9da82e59

Document description: Translation interface (Korean Bread)Early translation app proof
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-17]
[4ca7093e0e13fbef193cfc38675a5496f99ac5c6b93466b7346e4cd717ac6f6b50898e4f4bc972bd

Document description: Translation notes (Korean/English phrases + grammar)Language feature development
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-18]
[8875bb374aabb352fd0efe0b6d32f273ee2c803dbee8474068cba722d3793fc600c801de28f7950

Document description: Black & white prototype glasses photoActual reduction to practice

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-19]

[3c9c2ee409b3b6a5620815d52ff5ad7676756f7a3bf625c3c3dd7e5e1fc9b2699225cef0808eb21f

Document description: Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-20]

[c4794ef0d7c15b107a87c393f673bacbdb833f254dc97f52688988776e72b9db1f5f4fda9ec46fb8

Document description: Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-21]

[5da0620563d83a60e996613ff9ddf01ef8809e123e2c012049cbfcdfe087adce72a662b3f61313fe7

Document description: Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-22]

[79732e6858a81e9c9db87728b3bb8b976130aaade0c64001111683aa5a21d79893a570d4aa7ed

Document description: app.py Twilio SMS integration codeCommunication infrastructure / source code

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-23]

[61a1bb1f0bd3372306e3b08179253d4d1f6b501bba544ae734f299231d93b754e0f9f25bf7473ff8

Document description: Hand-drawn sketch: Concave vs Convex Lenses + solar panelOptical design (lenses + power)

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-24]

[d3ea422f3fc465ff7fa6cdb537fd0504a022006aa5be38abd9456ab6ba72e554625e54a3e87de1bl

Document description: Reflects M82- Samsung U.S. Patent 10,866,417 B2 see-through display apparatusTemporal overlap + alleged copying of Movants Oct 2017 LinkedIn prototype post

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-25]

[c6eb55c345503af8fe72482ec22fb8c642bb7fff0701c2c906f5557702032460973835eed31c5682f

Document description: "Tech Lab 'Blog' ~ Public Notes for AR/VR Development + Women's Retail Product + Ed Tech Device" published Jul 27, 2017; author Daitona Carter; public post summarizing lab/blog notes and development intentions for AR/VR and related device concepts.

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-26]

[7d1fafefb92879d101d8b5070fcf46343789648eae0d0bd784ea999ec977e8d81e2451270cc1465

Document description: KCASH (@SEEMYBIAS.official on Instagram for sister brand KPOP.Life) connected with LinkedIn connection acceptance BACKYOUNG HEO (CEO, Bithumb Korea)Industry outreach / visibility

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-27]

[2eea8acd0c0036ee07ab83c98cdf0c1aa70ae417a5a977da90aafa8c2371101d8128413df6f680b(

Document description: How to add Ads to videos without distorted (ASR-driven contextual ad insertion)Earliest documented conception of context-aware AV system

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-28]

[6c5bc94058ba0949599721b4ef7c116d802733117e278db881bf0b11465498e8f5f1b640692338l

Document description: Nurture by Breaking Barriers NLP real-time translation wearableConception of AI language translation device

Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-29]
[96bda900e77b45af79a2a4af32db8b96775b0bce51a9b0a395e6cf564ce02400430644f214e3e6b

Document description: Real World Learning - Building the algo
Original filename: yes
Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-30]
[de5ebc0c73d0a6f3a572f7be4361f6b1033038291c01269bf384bdcec550dbefb70984a81b01204

Document description: October 4, 2017 (Build a frame 3x thickness Use maker lab)Prototype design notes for 3x-thickness wearable frame using maker-lab fabrication for movants smart AR/VR glasses system.
Original filename: yes
Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-31]
[cb0a7486544d5ba37a46abee4250331d9e16a333562eb4bfd5530204de7432cf3f6216b2469884

Document description: LinkedIn analytics screenshot showing post engagement metrics and viewer demographics for a prototype announcement (date: Oct 08, 2017); evidences industry attention and public disclosure.
Original filename: yes
Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-32]
[a7f4ed5a65822a5fc238844a8381126e6d562b2a85e97177113ac662d4f1c235ee353fa7b85cbb3

Document description: Prescription intergration from day one - and-drawn sketch comparing concave vs. convex lenses, with annotations for bisector, solar panel, and frame elements for the smart wearable glasses prototype.

Original filename: yes
Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-33]
[24deb9d9167109b782397e3fcf83ba27e8154482924f92f06e1140fe31a7c75f55c5dbc7301e560a

Document description: Photograph of hacksaw tool used by movant during physical prototyping and cutting of materials for smart wearable frames and components. (Matching video available)

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-34]
[ca59c51cd8985b262dc62f1643c0b157ce9cdf0435130325ab5f7607ac0eac162c86f99ee11b9857

Document description: Reflection and refraction notes (Snells Law)Optical physics conception
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-35]
[36902e82b8212065b83195a5f82a504e157be2b43f2eee299b2f1fda464f277aa65632f2a9b9e51(

Document description: LinkedIn profile JeongSu Dennis HAN, Ph.D., Sensor Specialist at Samsung ElectronicsThird-party engagement / potential access

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-36]
[5f3303ade2534e3181b1bb77b7ce8f991c50eea193220716b964595d64e8e324e1af526ea3c5eb:

Document description: Screenshot (Junhee Lee profile)Profile Date: October 21, 2017Profile of Junhee Lee, CEO of The Alpha Labs Inc., mentioning development of optics and smart glasses; evidence of movants industry networking in smart glasses field.
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-37]
[72745f505cf4ab630d929ac672ed1588c99a6326b93f266f619b72d56035ef80dd4c643fbd675460

Document description: Electromagnetic integration in movants smart glasses/head-worn AR/VR system.
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-38]
[06637db2e4670e15c5e99a488450c236a63b5f2b4de9fb9bc0b59034ef440c6796c321f9d6cffa77

Document description: Black & white prototype glasses photoActual reduction to practice

Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-39]
[054ebff5c2d49512153b2d397650053f4e2f4c81cc67ddd6a08983dfb5e541692f604c93f1f8ff7f5:

Document description: Black & white prototype glasses photoActual reduction
to practice
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-40]
[52a28e2dcfbdf9bb5a4037cd52078afbfe41e04865559a41db9dc7e2884c1412c090effc0da75f59

Document description: Thief taunting "Facebook Era" - DuckDuckGo
search daitona carter public slidesOnline visibility & public disclosure
of Movant's property
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-41]
[1240b63a937bdf7d17ba765e9cf8f025d8bb9d070c2a7a8b0e2f93cf5e64e647b7fdb4f574eb34fe

Document description: Post/message to Mark Zuckerberg (@zuck) about
the projectPre-litigation assertion of rights
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-42]
[274a9c2d502eace641135b1ef9e5996eab417f1c6904039d08126816d418f2c9c2a049687b925dt

Document description: Smart Glasses Bookmarks / Links.txt (OpenCV,
RPi)Software/hardware
planning
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-43]
[64db7ef7465e771cc81a850958d0c25601243cf24fe79304738cc5a314e5f4773ae41196c083695t

Document description: Prototype frames description + glasses photo (wont
make you look like a douchebag)Standalone wearable design + photo
Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-44]
[175e7a0808683e96f28f7bb8ef709c3313a65d916cb76c965f3ba2562a84c56b50959636385cf73a

Document description: Text message: trying to cut glass. Knife wont work.
I need laser. + goggles photoPhysical experimentation
Original filename: yes
Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-45]
[a3328be0a8f85a680f1ada00040fa9d1b9cfefdd4e72c804048c4fee5d8d10d5a7a1b918d1a80042

Document description: Meetup: LEARN THE STEPS TO PATENT, PITCH, PRODUCE
& FUNDINGPublic commercialization & patent diligence - Harassed by "Raymond"
via Meetup.com and Twilio
Original filename: yes
Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-46]
[bea14a97fb00276c27c6c8fd6f8653a86e2bf20cbbeb5d59acf961cb8899431865e61d141f2091f2

Document description: Meetup: LEARN THE STEPS TO PATENT, PITCH, PRODUCE
& FUNDINGPublic commercialization & patent diligence - Harassed by "Raymond"
via Meetup.com and Twilio
Original filename: yes
Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-47]
[a2fb528dc4841f8990150f7d96c0d6a1059f14193431c0535df1e805dfc16975cc62304a4d46a813

Document description: ThermalEyetap_STL_Files.zip (3D-printable thermal
eye-tracking)Gaze/thermal interaction prototype
Original filename: yes
Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-48]
[b1c3208eea2161b2f42b254c9330d7e4c26a3184754ad33072a3d680eb0aed8e5cf5e4e8b26c2c4

Document description: Object Detection and Recognition (YouTube skeletal
mapping)Computer vision / object recognition conception
Original filename: yes
Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-49]
[2c23c28c2ff56a990a5accc141b1cb3828ef4415c97a17a8459a0e9a7b6b85dcc1fbc588fe9130bal

Document description: Object Detection and Recognition (YouTube skeletal mapping)Computer vision / object recognition conception
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-50]
[abe8ffc8339e77a655bbb6ebaded8daea8a775c414bf30889c04762085985bb461d850c253a1b2

Document description: pythonOCRimageToText (ocr.py + test images)Optical character recognition source code
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-51]
[88893aca29f29e7382ca9ec65365a5111fd9b408d0073008ad4f65178e074c8ed71a374c9725b1c

Document description: Screenshot of Korean language learning table (vocabulary and phrases); supporting tool for movants AI parents wearable language-teaching device.
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-52]
[5184f575382f99115678e975729ef5d4a0c8746cc1265987203a8f9124460b1bee46e7611882c87

Document description: Black & white prototype glasses photoActual reduction to practice
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-53]
[db50922c43cb6fc4306119dc174496c978ac9e2dc6689265f381ab28a4eec1258a914860e0ad907

Document description: Hand-drawn whiteboard eye diagramOptical engineering sketch - Samsung Patent
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-54]
[619a7776e53fe9085855e16429b11062082b3494bfdd83dc1507e43a82f338d534ef2efc4a30a73

Document description: DLP NIRscan Nano Optical Architecture diagramDetailed optical system design
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-55]
[a1e23fcbb2025c2c44821726ab61647b139d15aca4770a67b2db96a4aa2c4c408dc3e646b30e9c

Document description: Translation notes (Korean/English phrases + grammar)Language feature development
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-56]
[01b700535693308e45eb01eeee654a9184916149f01c7d0d01ef25f4551b52322e89a8469639c6(

Document description: LinkedIn post: AI parents (will teach new language) + full project listEarliest public conception of AI language device
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-57]
[8f1022ea0c4d6950cfe433a43d265763d95c9a26269c450706c31a1f0d7f30a263dea0ce22c21cf5

Document description: Korean Real World Learning spreadsheet (vocabulary phrases)Translation feature development
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-58]
[b6e9a2576c40b716c6be03433bd02b07d1a2f6d2fa57f4507490bc8f60d6e5f91110fe6f370a20ac

Document description: Blog Entry 9 Snells Law, lens design, optics videoOptical engineering + public disclosure (Sample of posts found on FTC v META restricted Linkedin.com/in/daitonacarter
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-59]
[45756a4eb4811b9859e5f2367b78f6052b8cb29deda81f69694f816c9774ea288b97e8646fd08f1·

Document description: LinkedIn outreach to ODG (Ralph Osterhout) & NAVER

CorpDiligence & industry collaboration
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-60]
[60dd1f91532758f75be23cd768171c22155bdf215e594c90dc4f5985e6290a5c8b60a33af6506f29

Document description: Blog Entry 9 Snells Law, lens design, optics videoOptical
engineering + public disclosure
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-61]
[ce024bdf60eebb4aacde4d07f7375e751d640bebecbd08c03649eff26631bd8fb94d427b543dd1(

Document description: Notes on adding microphone to device using Jasper
project for voice interface in movants smart wearable AI language and AR/VR
system.
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-62]
[5f6af8b1e544d3a2f2b545ae895d7ea166fdd6fbbabe5c242ab2a5d7cfb33b365783b34d3705d75

Document description: Gmail to FBI/SEC/DOJ/CIA/etc. (multi-agency notice)Formal
misappropriation notice
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-63]
[1f388bc00dbac931abdd646ba25a10a6664f5ac604154935de9aa07333ea52530facc2a23b84e6f

Document description: LinkedIn post with prototype video + lab notes linkPublic
disclosure of functional prototype
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-64]
[882f956962c210f641963acf19f80b18bca65b98680e0bf7ab5f679dc17ba584fb369273479b7287

Document description: Guerrilla Mail to Sen. Cruz (theft allegations)Timely
federal notice
Original filename: yes

Electronic document Stamp:

[STAMP dcecfStamp_ID=1029851931 [Date=4/17/2026] [FileNumber=11919956-65]

[a610f1606b4a06ccc95101c9486f7dada9b1dc908457e3fd5ab96120fc033a51e4777c152e11b50

**EXHIBIT 6**

**2019 "ARIA" YOUNOODLE EWC REGISTRATION**
*Verification of System-Wide Architecture Priority and Global Entrepreneurship World Cup Standing.*



**Upgrade to a smarter Gmail**
Secure, fast & organized email

OPEN

'youno...

Daitona Carter (카터 데이토나):

Congratulations. Your application -- ███████████ 'Aria' -- has been successfully submitted to Entrepreneurship World Cup on June 15, 2019, ███ am (UTC).

You are now officially entered into your country's Entrepreneurship World Cup competition where you will be competing for national prizes and a shot to represent your country at the Global Finals in November at the Misk Global Forum during Global Entrepreneurship Week.

To view your application, follow the secure link below: http://platform.younoodle.com/client/entry-rounds/entrepreneurship_world_cup/entries/████████████████████/checklist

Note: Your application documents are private, secure, and can only be accessed by the relevant program judges and organizers.

Good luck!


**Top Tips:**

For any questions regarding the process of Entrepreneurship

**EXHIBIT 7**

**M-93: PROPRIETARY TECHNICAL STACK**
**[MANUAL FILING / IN CAMERA ONLY]**
*Combined Source Code, Neural Notes, and Logic Schemas. Submitted via secure physical media.*



# MEET ARIA

Smart Devices for Smarter People

# Features

- **Real-time Translation**
  Audio and visual input/out of text and images.

- **Maps/Walking Guide**
  Turn by turn directions and mass transit directions.

- **Productivity Tools**
  Digital Personal Assistant; call and message alerts, reminders, fitness tracking and more.

- **Cinematic Mode**
  Personal entertainment system, using can view content and play audio without disturbing others.

# Business Model

### Open Business Model

An open Business Model will allow Skypad Tech to work with external business partners for extensive research, development, and innovation without detailed planning, thus allowing us to build new product ideas.





| 2020 | 2022 | 2024 |
|------|------|------|

### Licensing

Licensing will be used to generate revenue so we can partake in additional R&D activities. Benefits include but is not limited to ownership of the intellectual property, technology will reach the market faster/more markets and no finance the commercialization process.



### Retail

Offer consumer electronics

**EXHIBIT 8**

**M-51: ACOUSTIC PROCESS & MIRRORMIXING DSP CASE STUDY**
*Proprietary Methodology for Directional Audio Logic; Proof of 2009 Priority for Logic Integrated into Solos '389.*



More ⌄                                                    Create Blog  Sign In

# MirrorMixing Case Study

Case Study performed by Daitona Carter www.daitonacarter.com

## Waves H(ybrid)-Compressor Plugin



It has been a while since I posted my last post and I almost forgot to  publish the following about the new Waves H-Compressor, H stands for Hybrid. Which I had a little to do with.



Taken from the Waves website:

> "**H-Comp** is a brand new dynamics processor that combines the modeled behavior of transformers, tubes, and transistors, together with the power and precision that only a plug-in can provide. The result is a compressor with capabilities that engineers could only dream about back in the day. H-Comp lends a whole new meaning to the concept of THD: Total Harmonic Distinction."

The idea for this plugin came along about a year ago when I was talking to Gilad Keren the co-
founder of Waves. He referred me to his head developer Amir Vinci. We started talking about the concept he was working on and my concept of creating a more musical compressor resulting in the H-Compressor.

**Various issues we resolved in the design were;**

- Parallel Compression (Dry/ Wet)
- Pre-Delay Attack (Punch)
- and my concept to implement more musical release times (Release)

**Parallel Compression:**



**Sponsors**

**Endorsement Links**

Focusrite Audio Engineering, Ltd.

KRK Systems, L.l.c.

Novation DMS, Ltd.

Ableton, AG

TL Audio, Ltd.

Full Armour Clothing, L.l.c.

Sonnox Oxford Plugins, Ltd.

**Categories**

1 (3)

1231 (3)

2231 (3)

231 (3)

3 dimensional (3)

about (1)

addictive (3)

advanced (3)

aitken (3)

america (3)

analyzer (6)

antares (3)

anti piracy (3)

ardour (3)

assistant (6)

attack (3)

Parallel Compression is achieved in the compressor by mixing the dry signal (un-compressed) with the wet (compressed) signal using the Dry/ Wet pot.

**Pre-Delay Attack:**
Pre-Delay Attack is a technique I some times apply to create additional "punch" to a kick drum and or snare drum. You achieve this by making a dupe of the original track and slightly delay this with 4 to 10ms, using this as the trigger to the original track. This is now implemented in the plugin as the "Punch"-pot.

**Free, Host & Whole Note Based Release Times:**



This is my very own concept to create a more musical compressor  starting of with release times. Its the reverse trick of using a delay calculator as release time calculator as explained many times before on my blog. This is now included for the first time in an actual device, in this case a plugin.

The plugin is definitely some thing to look at for!
http://www.waves.com/Content.aspx?id=9111

Yours truly,

The Surgeon ;-)

at 12:40 AM
Labels: audio engineering, entertainment, mixing, music, waves

## No comments:

## Post a Comment

To leave a comment, click the button below to sign in with Google.

SIGN IN WITH GOOGLE

---

Home                                                              Older Post

---

Subscribe to: Post Comments (Atom)

| | |
|---|---|
| audio engineering (90) | |
| augspurgers (3) | |
| auto tune (3) | |
| automation (6) | |
| barack obama (3) | |
| bargain (3) | |
| beat making (3) | |
| beatboxing (3) | |
| beyonce (6) | |
| billboard (3) | |
| bob (3) | |
| bogard (3) | |
| brandy (3) | |
| britney spears (6) | |
| broadcast (3) | |
| bryan (3) | |
| buss compressor (3) | |
| chart (3) | |
| chris brown (3) | |
| clients (1) | |
| college (6) | |
| compression (9) | |
| console (6) | |
| contact (1) | |
| copy protection (3) | |
| cox (3) | |
| dancer (6) | |
| darkchild (3) | |
| david (3) | |
| DAW (6) | |
| dbx (3) | |
| decay (3) | |
| defjam (3) | |
| digidesign (3) | |
| divi baby (3) | |
| dorrough (3) | |
| dq (3) | |
| drums (3) | |

dx (3)

dynamics (3)

editing (3)

education (3)

effect (3)

efx (3)

electronics (3)

engineering (48)

entertainment (159)

entertainment preparation (3)

entertertainment (3)

entertianment (3)

equalization (9)

equipment (12)

erika (3)

evan (3)

evo (3)

Faders (3)

Flying (3)

focusrite (6)

free (3)

free online music primer course solid
state logic 4000 (2)

frequency (9)

fundamental (3)

fx384 (3)

giles (3)

girl group (3)

group (3)

Guidelines (3)

harmonics (3)

help (16)

horn (3)

hotel (3)

icon (1)

ikonix (3)

imaging (3)

industry (3)

internships (6)

jerkins (3)

k west (3)

katz (3)

keri hilson (3)

keyboard (3)

kidd (3)

killa kela (3)

level (6)

liquid mix (6)

Logic Pro (3)

london (3)

los angeles (3)

loudness (6)

m/s technique (9)

magic (6)

major label (9)

mastering (21)

mc divinity (3)

metering (3)

michael (3)

missing (3)

mix (3)

mix engineer (3)

mixing (162)

monitoring (3)

mono (3)

multi (3)

multi platinum (3)

music (192)

new (6)

news (3)

norwood (3)

ns10m (3)

number one (3)

nuri (3)

of (3)

official (3)

over compression (3)

Penny (3)

PG (3)

phase (3)

physics (3)

pink (3)

platinum (3)

plugins (3)

pop (6)

presets (6)

president (3)

Pro Tools (16)

pro tools 8 (3)

producer (9)

producing (6)

production (114)

programming (3)

publishing (6)

quines (3)

radio (6)

recording (36)

records (3)

reduced price (3)

releases (3)

remixes (6)

rnb (6)

rodney (3)

rtas (3)

samples (3)

schools (9)

science (3)

scrambler (3)

search (9)

Sequencer (3)

sequencers (3)

shell (3)

shortcuts (3)

side chain (3)

singer (6)

snapshot (3)

software (3)

solid state logic (6)

songs (3)

songwriter (6)

sony bmg entertainment (6)

sound field (3)

stand alone (3)

starting (3)

stereo (6)

stock (3)

studios (3)

surgeon (3)

t-pain (3)

talent (6)

thank you (3)

the (3)

the grinehouse (6)

the writing camp (3)

timbaland (3)

tips (9)

tips and tricks (6)

top 40 (6)

track freeze (3)

tracking (6)

transients (3)

tricks (6)

uk (3)

united states of america (3)

universal (3)

university (3)

update (3)

victoria (3)

videos (1)

vocal (3)

vst (3)

war (6)

waterman (3)



# EXHIBIT 9

## NOTICE OF ACTUAL ADVISEMENT (2021–2025)

*Verification of Direct Notice provided to Meta CEO, CTO, and others.*

 **THEDIGITALGIRL, Inc. | Daitona Carter "카터 데이토나)" |**
@thedigitalgirl

@elonmusk  lets collab or pls hire me @facebook stole my $86B #projectARIA + I'm blklisted from everything + deleted my social media + removed my biz sites. I'm still being harassed w helicopters + intrusions. Thx to @MarkZuckerman  and @boztank  I need $7MM/yr for security too.



3:34 AM · Mar 25, 2021

💬 1          ⟲ 1          ♡          🔖          ⬆

# Mark  @zuck

@zuck at this point everyone knows Facebook stole A~⌐; aka the AR smart glasses from me. The @fbi @msnusgov @~hsgov @latimes @cnbc @washingtonpost @realdonaldtrump @joebiden @potus Bill Gates, my neighbors, Hollywood and thousands of random people across industries, professions and countries. I didn't need my wrongly deleted LinkedIn, Twitter, Facebook or Instagram to tell my story.

That said let's look at it like this. I'm giving you/your organization the opportunity to do the right thing. Yes there is both a paper and digital trail of intrusions, espionage, harassment and so on. There are also competitors waiting to expose you and your employees for trash. How the hell do you steal from any black person in 2020??? Very bold but cancel culture is alive a well. You see what Apple did to FB after I went off on them about giving FB access to compromise me right? You see what the SEC dchairman did when I went off about billionaires trying to stop me from making my capital - projected $800MM in 16 weeks? I have a list of American policies I single handedly changed while sitting in my living room. Let me add it took me less than 90days. I may not be a billionaire yet but I know see all done against me and others. I was just waiting for "you" to strongarm me. Anyways... I'm giving you the opportunity to offer me what I want. Don't misinterpret this as a threat because it's not. This is merely an invite for you to discuss the $86B project your organization stole from me. Also keep in mind. I don't think MISK and associated VCs would be too happy about being listed as co-defendants in a case that involves a lot more than someone hacking a computer. We are talking breaking into properties, viewing and having access to a minor's "pics" if you know what I mean, following me around the world, physical attacks and so on. So do you wanna squash the beef? Think about it as an trader/investor and a shareholder. I am the future. Anything I put out will sell because its new tech that solves problems, I'm a woman, black, Asian, Amerindian, a millennial, smart, attractive and I have the God given gift to garner attention that's why IG deliberated buried all my accounts, my LinkedIn was deleted and Google removed all positive search results for my name including my website, my bic profiles were hacked and my credit report manipulated. There is years of evidence against everyone involved. Just let me know.

PS the United States needs me on many levels. Socially, economically, politically and spiritually because the nation owes the ancestors. I will intro new tech that other nations will need not just a pair of glasses. Think exports. For US by US, America. Besides who does your PR? Come one man.. do you not know how to save your jacked up image and bring joy into your life?

   

WONT HE ...     Mark Zuc...     2021     MyFace

# Mark  @zuck

@zuck at this point everyone knows Facebook stole A⋯ aka the AR smart glasses from me. The @fbi @nsausgov @dhsgov @latimes @cnbc @washingtonpost @realdonaldtrump @joebiden @potus Bill Gates, my neighbors, Hollywood and thousands of random people across industries, professions and countries. I didn't need my wrongly deleted LinkedIn, Twitter, Facebook or Instagram to tell my story.

That said let's look at it like this. I'm giving you/your organization the opportunity to do the right thing. Yes there is both a paper and digital trail of intrusions, espionage, harassment and so on. There are also competitors waiting to expose you and your employees for trash. How the hell do you steal from any black person in 2020??? Very bold but cancel culture is alive a well. You see what Apple did to FB after I went off on them about giving FB access to compromise me right? You see what the SEC dchairman did when I went off about billionaires trying to stop me from making my capital - projected $800MM in 16 weeks? I have a list of American policies I single handedly changed while sitting in my living room. Let me add it took me less than 90days. I may not be a billionaire yet but I know see all done against me and others. I was just waiting for "you" to strongarm me. Anyways... I'm giving you the opportunity to offer me what I want. Don't misinterpret this as a threat because it's not. This is merely an invite for you to discuss the $86B project your organization stole from me. Also keep in mind. I don't think MISK and associated VCs would be too happy about being listed as co-defendents in a case that involves a lot more than someone hacking a computer. We are talking breaking into properties,

co-defendents in a case that involves a lot more than someone hacking a computer. We are talking breaking into properties, viewing and having access to a minor's "pics" if you know what I mean, following me around the world, physical attacks and so on. So do you wanna squash the beef? Think about it as an trader/investor and a shareholder. I am the future. Anything I put out will sell because its new tech that solves problems, I'm a woman, black, Asian, Amerindian, a millennial , smart, attractive and I have the God given gift to garner attention that's why IG deliberated buried all my accounts, my LinkedIn was deleted and Google removed all positive search results for my name including my website, my  biz profiles were hacked and my credit report manipulated. There is years of evidence against everyone involved. Just let me know.

**PS the United States needs me on many levels. Socially, economically, politically and spiritually because the nation owes the ancestors. I will intro new tech that other nations will need not just a pair of glasses. Think exports. For US by US, America. Besides who does your PR? Come one man.. do you not know how to save your jacked up image and bring joy into your life?**

# Mark

@zuck at this point everyone knows Facebook stole A... aka the AR smart glasses from me. The @fbi @nsausgov @dhsgov @latimes @cnbc @washingtonpost @realdonaldtrump @joebiden @potus Bill Gates, my neighbors, Hollywood and thousands of random people across industries, professions and countries. I didn't need my wrongly deleted LinkedIn, Twitter, Facebook or Instagram to tell my story.

That said let's look at it like this. I'm giving you/your organization the opportunity to do the right thing. Yes there is both a paper and digital trail of intrusions, espionage, harassment and so on. There are also competitors waiting to expose you and your employees for trash. How the hell do you steal from any black person in 2020??? Very bold but cancel culture is alive a well. You see what Apple did to FB after I went off on them about giving FB access to compromise me right? You see what the SEC dchairman did when I went off about billionaires trying to stop me from making my capital - projected $800MM in 16 weeks? I have a list of American policies I single handedly changed while sitting in my living room. Let me add it took me less than 90days. I may not be a billionaire yet but I know see all done against me and others. I was just waiting for "you" to strongarm me. Anyways... I'm giving you the opportunity to offer me what I want. Don't misinterpret this as a threat because it's not. This is merely an invite for you to discuss the $86B project your organization stole from me. Also keep in mind. I don't think MISK and associated VCs would be too happy about being listed as co-defendents in a case that involves a lot more than someone hacking a computer. We are talking breaking into properties, viewing and having access to a minor's "pics" if you know what I mean, following me around the world, physical attacks and so on. So do you wanna squash the beef? Think about it as an trader/investor and a shareholder. I am the future. Anything I put out will sell because its new tech that solves problems, I'm a woman, black, Asian, Amerindian, a millennial, smart, attractive and I have the God given gift to garner attention that's why IG deliberated buried all my accounts, my LinkedIn was deleted and Google removed all positive search results for my name including my website, my biz profiles were hacked and my credit report manipulated. There is years of evidence against everyone involved. Just let me know.

PS the United States needs me on many levels. Socially, economically, politically and spiritually because the nation owes the ancestors. I will intro new tech that other nations will need not just a pair of glasses. Think exports. For US by US, America. Besides who does your PR? Come one man.. do you not know how to save your jacked up image and bring joy into your life?



**@daitona | Daitona Carter** @DAITONA    24 Feb 2025

@marcorubio @TheJusticeDept
 @PamBondi   @SecDef
@DNIGabbard @JohnRatcliffe
@SpeakerJohnson
@Jim_Jordan @RepMikeRogersAL
@EliseStefanik @SenJohnThune
@ChuckGrassley @SenTomCotton @MarkWarner @RepJasmine
@MarshaBlackburn @RepMaxineWaters @AOC @RepDonaldsPress
@TishJames   I'm being tortured & need help at 50 SW 10th Miami Fl (followed me form NYC) previous SOS attempts failed. Please act to ensure my safety. #help #HelpMe Feb 24, 2025 9:45AM

   ↻ 1   ♥ 1    15



**@daitona | Daitona Carter** @DAITONA    27 Nov 2024

@PamBondi   @TulsiGabbard @realDonaldTrump (@DonaldJTrumpJr ) If anyone can help the people are upstairs right now in Apt 1217 ....then I'm joking? IRS ---> 33-6420882 (10/14/24) all details. CCTV possible around 7AM. Increased pain causing thing at 7:17AM.

 1      ♥    31

Load more



**@daitona | Daitona Carter**
@DAITONA
If I'm dead I WAS KILLED (my face @thedigitalgirl). META ROBBED ME for Project Aria /Orion w FED emplys/affiliates. I'm being tortured. therealdaitona not me.

📍 Archived IG @daeeyuy
🔗 daitonacarter.com
📅 Joined December 2008

| Tweets | Following | Followers | Likes |
|--------|-----------|-----------|-------|
| 903 | 43 | 21 | 648 |

🖼 **229 Photos and videos**



💬 🔁 ❤ �state 72

 **@daitona | Daitona Carter**  @DAITONA        1 Jan 2025

Okay, I'm not done. So this is PART OF what the #raybanmeta knew "VIDEO" feature is supposed to mimic. Right @meta? Keep in mind @ray_ban I did this more than 7 years ago and I have all the injury photos to match. Notice how prototype 1.5 uses KPOP music from @bts_bighit (song DNA for reference.) Again, this is why I am being tortured.





💬 🔁 ❤ state 81



**@daitona | Daitona Carter**
@DAITONA

If I'm dead I WAS KILLED (my face @thedigitalgirl). META ROBBED ME for Project Aria /Orion w FED emplys/affiliates. I'm being tortured. therealdaitona not me.

📍 Archived IG @daeeyuy
🔗 daitonacarter.com
📅 Joined December 2008

| Tweets | Following | Followers | Likes |
|--------|-----------|-----------|-------|
| 903 | 43 | 21 | 648 |

🖼 **229 Photos and videos**



---

**@daitona | Daitona Carter** @DAITONA     1 Jan 2025

Hey @ray_ban and @meta (@RealityLabs), looks familiar right? Sorry... you'll have to look at it sideways kinda like how I now look at your companies. Yeah it's part of what one would call a "trade secret", so I bet you didn't know Ray Ban, I had plans of using you or @WarbyParker. More to come because of millennials are petty as hell. Plus this is what I'm being killed for.



▶ 0:00 / 0:01 🔊 ⛶ ⋮

💬   🔁   ❤    46



**@daitona | Daitona Carter**
@DAITONA

@AAGSlater my current situation may or not not be related to the OTHER FTC trial. You can hover over my head and see who did what to me. The feds knew before I knew, but when I found out, YES I REPORTED IT TO FEDERAL LAW ENFORCEMENT and former FTC chair @linamkhan both through official means and by email in 2021.  No one contacted me but instead the FTC  moved forward with a case against "the other tech company" in which stole what would be 1% of a $8T market plus other damages if I got justice. I can't get justice due to constant obstruction – means of communication has been tapped, tampered with and so on. People on the phone are not who they are and various family residences have been broken into several times (after the learning of theft). If we ship  or need to receive mail via @USPS @FEDEX @UPS it is always OPEN and at times things are stolen.  I have been poisoned, dox, harassed, bulled, mock, hacked endless  + more and now I am being PHYSICALLY TORTURED at 50 SW 10th Street Miami  and no one will do anything. So called local authorities have even taken it one step forward allowing the killers to taunt me and threaten my life and over health if I contact the police again. GOD is keeping me alive and the only reason I can message you on X, well read a post or two and you will see, why that's probably the case. Please protect any federal or former federal agents/officers that know what's happening to me. Check and see if a consulting company has deleted any of my many complaints. I NEED HELP!  Here is what I asked of others recently and now you: since 2021 and escalated to physical tortured. Look at the TIMING of your need to make this video! Now they probably going to suppress me more and hurt me more because I have the "balls" to say it on X.)
@TishJames
@JamesUthmeierFL
@GovKathyHochul
@ManhattanDA
@JasmineForUS
@Jim_Jordan
@RepThomasMassie
@AOC
@JusticeATR
@DOJCivil
@AFergusonFTC

@abaantitrust
@AntitrustEdu
State AGs can issue ROs. Please help me get one. I face interference when seeking help to stop torture, not just report META's theft. They block local police too. You can subpoena; I can only do discoveries. I am currently being physically tortured In FL at 50 SW 10th St, Miami (persons USING units 1017, 1217, nearby units, bldgs and Citizen M hotel) along with other crimes against my family and pets (they killed one), business and me. In NY: NYC. A list of all the crimes they have committed.

CC @theonlyjasonlee @NickCannon @tisatellss @SabbySabs2 @troitorain @breakfastclubam @firstpost @rihanna @MeekMill @stephenasmith @reesewaters @ClaytonMorris @verge @EFF @torproject

If I have typos – I'm being hurt at the moment and I'm doing the best I can do right now.

7:58 AM · Apr 19, 2025 · **50** Views



**EXHIBIT 10**

**STATEMENT ON PUBLIC CORRUPTION & SAFETY**
**[FILED IN CAMERA / UNDER SEAL]**
*Formal declaration regarding necessity of In Camera review to protect witnesses and physical safety.*

**EXHIBIT 11**

**SCALE AI / PENTAGON $500M CONTRACT**
*Evidence of Extraction and Laundering of Habitual AI Logic into Federal Training Datasets.*



# Scale AI Expands Pentagon AI Partnership to $500 Million

BY KATHRYN HARRIS · MAY 6, 2026 · 4 MIN READ

COPY LINK

Today, we are proud to announce that the U.S. Department of War's (DoW) Chief Digital and Artificial Intelligence Office (CDAO) has expanded its enterprise agreement with Scale AI, increasing the total potential value from $100 million to $500 million.

This five-fold ceiling increase follows the rapid uptake of our Production Other Transaction Authority (OTA) agreement since its original award in September 2025. Demand across the Department exceeded the original ceiling, with DoW components leveraging the vehicle to initiate Project Agreements spanning computer vision, generative AI decision-support, and data operations. It reflects the Pentagon's confidence in Scale as a primary AI infrastructure partner and signals the accelerating demand for AI capabilities across the force.

Book Demo

The CDAO Production OTA is specifically designed to bypass the fragmented, multi-year acquisition cycles that have historically slowed innovation. Unlike standard procurement vehicles, the OTA allows any DoW component to route funding to the centralized contracting authority and initiate its own Project Agreement — covering any Scale product, service, or capability — without requiring a new competitive solicitation. This flexibility has been a key driver of adoption since the agreement's original award, and the expansion ensures the vehicle can support the full breadth of the Department's AI ambitions.

Key advantages for Department of War components include:

- Pre-negotiated, volume-based pricing that is substantially more favorable than independent negotiations.
- CDAO co-funding for a portion of the work, further reducing the effective cost to initiating organizations.
- Streamlined Project Agreements that require no new competitive solicitation, allowing teams to move at mission speed.

The agreement has already seen significant uptake across the Services. Customers operating under the CDAO OTA include components from the Army, Navy, and Marine Corps, as well as defense agencies and OSW offices — reflecting demand that spans both the operational and institutional elements of the Department.

Under the agreement, DoW components can access Scale's full AI platform:

- Scale Data Engine: Scale's machine learning operations (MLOps) platform to build, test, and deploy computer vision models, powered by expert-labeled, AI-ready data from [Scale's AI Center in St. Louis](https://scale.com/stl). Scale's annotators are trained specifically for defense-domain tasks, from labeling EO/IR and SAR imagery for autonomy programs to generating ground truth for aided target recognition and sensor fusion.
- Scale GenAI Platform (SGP): An end-to-end platform for government builders to fine-tune, test, evaluate, and deploy generative AI models safely and securely on classified networks.

- Engineering Capability Development Sprints: Discrete, time-bound, deliverable-based data and software efforts tailored to specific mission requirements.

All capabilities are available across NIPR, SIPR, and JWICS networks.

## Advancing the Department of War AI Strategy

This expansion directly supports the Department of War AI Strategy and its focus on building a robust data foundation and creating an agile, iterative pipeline for AI deployment at the tactical edge. Our partnership is designed to deliver on both priorities:

1. Robust Data Foundations: Transforming raw, sensitive data into AI-ready assets via our Data Engine.
2. Agile Pipelines: Deploying state-of-the-art models in months rather than years, enabling operational AI at the tactical edge.

As we move from small-scale pilots to enterprise-wide deployment, our platform is also designed to help the Department operationalize its Responsible AI principles — ensuring that as we scale these capabilities, they remain reliable, auditable, and trusted by the warfighter. The infrastructure decisions made today will shape U.S. military operational capabilities for the decade ahead. We are honored to deepen our partnership with the CDAO to deliver reliable AI for the Department's most critical missions.

Get Started

DoW components interested in initiating a Project Agreement under the CDAO Production OTA are encouraged to reach out directly to Scale's Head of Defense: Kathryn Harris (kathryn.harris@scale.com).



PRODUCTS

Scale Data Engine
Scale GenAI Platform
Scale Donovan

SOLUTIONS

Enterprise
Insurance
Healthcare
US Public Sector
Global Public Sector

COMPANY

About
Careers
Security
Terms
Privacy
Modern Slavery Statement

RESOURCES

Blog
Contact Us
Events
Documentation

Diffusion Models

Guide To AI For ECommerce

Computer Vision Applications

Large Language Models

# Reliable AI for the world's most important decisions

 

MANAGE YOUR COOKIE PREFERENCES

TERMS OF USE & PRIVACY POLICY

COPYRIGHT © 2026 SCALE AI, INC. ALL RIGHTS RESERVED

**EXHIBIT 12**

**THE BRICKELL SOS: MULTIMODAL SENSOR FUSION MANIFESTATION**

*Forensic Keyframes of AR/XR Holographic Distress Signal;  "Hand-Held Calibration."*

- **Platform:** Twitter (X)
- **Date of Manifestation:** [Insert Date], 2024
- **Location:** Miami, FL
- **Witnesses:** Miami Fire Department (Reference:Provided In-Camera)
- **Description:** This video documents the physical reduction to practice of the "Multimodal Sensor Fusion" logic. Appellant is seen physically holding the hardware components to maintain the light-logic handshake. This SOS hologram is the direct precursor to the "Safety" features extracted during the September 2024 battery.
- **URL:**  (REPOST)  https://x.com/DAITONA/status/1872948083027526074#m

    Actual Account used for safety -
    https://x.com/SosAccountmiami/status/1837436954729754762#m

**EXHIBIT 13**

**RECORD OF RETALIATORY BODILY HARM & LOSS OF LIFE**
**[FILED IN CAMERA / UNDER SEAL]**
*Evidence of high-intensity retaliation, including the killing of family pet (Lily).*

**EXHIBIT 14**

**PROPOSED ORDER FOR INDEPENDENT EXECUTIVE PROTECTION**
**[TO BE FILED BY SUPPLEMENTAL FILING]**
*Notice: Placeholder for security parameters and detached housing requirements, omitted due to emergency physical incapacitation.*

**EXHIBIT 15-17**

*Notice: Placeholder omitted due to emergency physical incapacitation.*

## Caetlin McManus

Caetlin McManus <Caetlin_McManus@mad.uscourts.gov>
to: dddddc@tuta.com ▼

☐ Mon, Mar 30, 2026 • 3:03 PM

# 1:26-cv-10304-ADB Solos Technology Limited v. Meta Platforms, Inc. et al

Good afternoon,

Given your statement of hardship I have made an exception and docketed the Motion to Intervene and related filings that were received Friday and one from Saturday which was not in the earlier email (motion for leave to file electronically). Please review the docket entries below. Please refrain from emailing more documents to the Court until your motion to intervene has been ruled upon and, if intervention is allowed, your motion to e-file will also be ruled upon.

Thank you,

Caet

| | | | |
|---|---|---|---|
| 03/27/2026 | 58 | MOTION to Intervene by Daitona Carter. (Attachments: # 1 Proposed Complaint in Intervention, # 2 Text of Proposed Order)(CAM) (Additional attachment(s) added on 3/30/2026: # 3 Statement of Interest) (CAM). (Additional attachment(s) added on 3/30/2026: # 4 Supplemental notice of Prior Formal Claims of Ownership) (CAM). (Entered: 03/30/2026) | |
| 03/27/2026 | 59 | MOTION for Protective Order and Leave to File Redacted Documents ( MOTION to Seal) ( Responses due by 4/10/2026) by Daitona Carter. (Attachments: # 1 Text of Proposed Order)(CAM) (Entered: 03/30/2026) | |
| 03/27/2026 | 60 | MOTION for Protective Order for Witness Protection and Technical Safegaurds by Daitona Carter.(CAM) (Entered: 03/30/2026) | |
| 03/27/2026 | 61 | MOTION for Judicial Notice by Daitona Carter. (Attachments: # 1 Notice of Evidence of Coordinated Witness Intimidation)(CAM) (Entered: 03/30/2026) | |
| 03/27/2026 | 62 | MOTION for *in Camera* Review by Daitona Carter.(CAM) (Entered: 03/30/2026) | |
| 03/27/2026 | 63 | *SEALED* MOTION for Temporary Restraining Order and Request for Witness Protection by Daitona Carter.(CAM) (Entered: 03/30/2026) | |
| 03/27/2026 | 64 | *SEALED* AFFIDAVIT of Daitona Carter regarding Filing Obstructions by Daitona Carter. (CAM) (Entered: 03/30/2026) | |
| 03/30/2026 | 65 | Emergency MOTION for ADA Accommodation and Leave to file electronically Pro Se by Daitona Carter.(CAM) (Entered: 03/30/2026) | |

**Caetlin McManus**

*Docket Clerk to*

**The Honorable Allison D. Burroughs**

Office of the Clerk

U.S. District Court, District of Massachusetts

One Courthouse Way, Suite 2300

Boston, MA 02210

(617) 748-9041

DAITONA CARTER

# Re: 1:26-cv-10304-ADB Solos Technology Limited v. Meta Platforms, Inc. et al

Ms. McManus,

Thank you for your assistance and for making the hardship exception to docket these filings. I have reviewed the entries.

I acknowledge your instruction to refrain from further emailing and will wait for the Court's ruling on the Motion to Intervene and the Motion to E-File.

Respectfully,

Daitona Carter

Mar 30, 2026, 15:03 by Caetlin_McManus@mad.uscourts.gov:

• • •

● **DAITONA CARTER**                                        ◌ ▭ Mon, Mar 30 • 4:08 PM

This is getting out of hand. I am not saying any names but in 2021 I asked the Biden Admin for an innovation consulting gig since I was robbed. Then a few weeks ago I "tweeted" @elonmusk @VivekGRamaswamy #DOGE @realDonaldTrump and @DonaldJTrumpJr about the same gig. Why? "Meta and Fed Employees/Affiliates Robbed Me." On Nov 16, 2024, I wrote but did not send my letter to Trump. Well you all can probably figure out who keeps stealing my technology and everything I write and copying everything I do! I won't blame "him" directly but someone is beyond a fan. These people are weird and obsessed! I found my household conversations (in private conversations) being feed to the internet via backlinks to allegedly a gaming site in China. @Kash_Patel @RonWyden @RandPaul @Jim_Jordan @paulatkinsx @gailslater I hope you can put an end to this. I'm am tried of being digitally victimized AND I am still being physically hurt, as you will see from my entire account that had to turn SOS. @TuckerCarlson @redactednews one of you said "Own nothing, have nothing..." I think. Now it is sure looking like it. I can't write a hypothetical pitch for a job because stupid will steal that too. #doh #truthsocial



 1     ♥   56

Subject: A Vision for Innovation Leadership in America

Dear President Trump and Esteemed Leaders,

As we navigate the complexities of the 21st century, the United States stands at a pivotal moment where innovation can drive our economy, enhance national security, and improve the quality of life for all Americans. I am reaching out to propose a transformative initiative that leverages my extensive experience in technology and innovation, particularly through my work on Project Aria and Orion.

The Challenge: In an era marked by rapid technological advancements, we face significant challenges, including economic inequality, climate change, and fierce global competition. To effectively address these issues, we need a cohesive strategy that prioritizes innovation across all sectors.

The Vision: I propose the establishment of a dedicated Office of Innovation Oversight within the federal government. This office would serve as a central hub for coordinating innovation efforts across agencies, fostering public-private partnerships, and ensuring that our policies are aligned with the needs of the future.

Key Objectives:

1. Foster Collaboration: Create a platform for collaboration between government, academia, and the private sector to drive research and development in critical areas such as clean energy, healthcare technology, and artificial intelligence.

2. Support Startups and Entrepreneurs: Implement policies that provide funding, resources, and mentorship for startups, particularly those led by underrepresented groups, to ensure a diverse and inclusive innovation ecosystem.

3. Enhance Workforce Development: Invest in education and training programs that equip our workforce with the skills needed for the jobs of tomorrow, ensuring that all Americans can participate in and benefit from our innovation economy.

4. Promote Sustainable Practices: Encourage innovation that prioritizes sustainability and environmental stewardship, positioning the U.S. as a leader in green technology and climate solutions.

5. Streamline Regulations: Review and reform regulatory frameworks to reduce barriers to innovation while maintaining necessary safeguards for public health and safety.

My Expertise: Having created Project Aria and Orion, I possess a deep understanding of cutting-edge technologies and their potential to transform industries. Despite facing challenges, including the appropriation of my work by Meta and federal employees, I have continued to refine my skills and knowledge in innovation management, strategic budgeting, and technology development. I am already budgeting into the national budget due to my talents, demonstrating my commitment to driving impactful change.

The Call to Action: By embracing this vision, we can create a robust framework for innovation that not only drives economic growth but also addresses the pressing challenges of our time. I invite you to join me in championing this initiative, leveraging my expertise and experience to ensure that America remains at the forefront of global innovation.

Together, we can build a brighter future for all Americans—one that is defined by opportunity, creativity, and progress.

Thank you for considering this vision for a more innovative and prosperous America.

Sincerely,



Search Results

`doc`

✂ ⎘ 📋 🅰 ↗ 🗑 | ↕ Sort ⌄ | ☰ View ⌄ | 🔍 Search options ⌄ | ✕ Close search | ⋯     ▯ Preview

📄 **innovpitch**
Date modified: 11/16/2024 11:54 AM     Size: 28.7 KB

📄 **innovpitch**
Date modified: 11/16/2024 11:54 AM     Size: 28.7 KB

Date modified: 11/16/2024 3:27 AM
Size: 5.28 KB

D:\Dub\Office\BnB     Size: 36.4 KB

Download

Having created Project Aria and Orion, I possess a deep understanding of cutting-edge technologies and their potential to transform industries. I am already budgeting into the national budget due to my talents, demonstrating my commitment to driving impactful change.



**@daitona | Daitona Carter**  **@DAITONA**                    24 Feb 2025

@marcorubio @TheJusticeDept
 @PamBondi   @SecDef
@DNIGabbard @JohnRatcliffe
@SpeakerJohnson
@Jim_Jordan @RepMikeRogersAL
@EliseStefanik @SenJohnThune
@ChuckGrassley @SenTomCotton @MarkWarner @RepJasmine
@MarshaBlackburn @RepMaxineWaters @AOC @RepDonaldsPress
@TishJames   I'm being tortured & need help at 50 SW 10th Miami Fl (followed
me form NYC) previous SOS attempts failed. Please act to ensure my safety.
#help #HelpMe Feb 24, 2025 9:45AM

💬      1    ♥ 1     15



**@daitona | Daitona Carter**  **@DAITONA**                    27 Nov 2024

@PamBondi  @TulsiGabbard @realDonaldTrump (@DonaldJTrumpJr ) If
anyone can help the people are upstairs right now in Apt 1217 ....then I'm
joking? IRS ---> 33-6420882 (10/14/24) all details. CCTV possible around 7AM.
Increased pain causing thing at 7:17AM.

💬 1          31

Load more



**@daitona | Daitona Carter**
@DAITONA

If I'm dead I WAS KILLED (my face @thedigitalgirl). META ROBBED ME for Project Aria /Orion w FED emplys/affiliates. I'm being tortured. therealdaitona not me.

📍 Archived IG @daeeyuy
🔗 daitonacarter.com
📅 Joined December 2008

| Tweets | Following | Followers | Likes |
|--------|-----------|-----------|-------|
| 903 | 43 | 21 | 648 |

🖼 **229 Photos and videos**



---

💬 🔁 ❤ 📊 72



**@daitona | Daitona Carter** **@DAITONA**                      1 Jan 2025

Okay, I'm not done. So this is PART OF what the #raybanmeta knew "VIDEO" feature is supposed to mimic. Right @meta? Keep in mind @ray_ban I did this more than 7 years ago and I have all the injury photos to match. Notice how prototype 1.5 uses KPOP music from @bts_bighit (song DNA for reference.) Again, this is why I am being tortured.




💬 🔁 ❤ 📊 81



**@daitona | Daitona Carter**
@DAITONA

If I'm dead I WAS KILLED (my face @thedigitalgirl). META ROBBED ME for Project Aria /Orion w FED emplys/affiliates. I'm being tortured. therealdaitona not me.

📍 Archived IG @daeeyuy

🔗 daitonacarter.com

📅 Joined December 2008

| Tweets | Following | Followers | Likes |
|--------|-----------|-----------|-------|
| 903 | 43 | 21 | 648 |

🖼 **229 Photos and videos**



**@daitona | Daitona Carter** @DAITONA     1 Jan 2025

Hey @ray_ban and @meta (@RealityLabs), looks familiar right? Sorry... you'll have to look at it sideways kinda like how I now look at your companies. Yeah it's part of what one would call a "trade secret", so I bet you didn't know Ray Ban, I had plans of using you or @WarbyParker. More to come because of millennials are petty as hell. Plus this is what I'm being killed for.



▶ 0:00 / 0:01     🔊   ⛶   ⋮

💬   🔁   ❤    46

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, I caused the foregoing Renewed Emergency Motion and all accompanying Enclosures/Certificates to be filed with the Clerk of the Court for the U.S. Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered users and counsel of record.

I further certify that for any party or counsel not reachable via CM/ECF due to technical obstruction or account restrictions, service was completed via Federal Express (FedEx) to:

- Counsel for Meta Platforms, Inc. (Paul Hastings)
- Counsel for Ray-Ban/Oakley, Inc./Luxottica of America, Inc. /EssilorLuxottica USA, Inc (Morgan, Lewis & Bockius LLP)

Under penalty of perjury, I declare that I am filing this under extreme physical duress following a targeted battery on this morning so the Plaintiff counsel will not call it a litigation choice, May 15, 2026, intended to obstruct the legal process.

Dated: May 15, 2026

/s/ Daitona Carter

DAITONA CARTER,  Pro Se Intervenor-Appellant

General Delivery Delivery Points Authenticated via US-Appellate-ECF Gateway E-Service/E-Filing Portal Access Only