NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOLOS TECHNOLOGY LTD.,**
*Plaintiff-Appellee*

**v.**

**META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, OAKLEY, INC., LUXOTTICA OF AMERICA, INC., ESSILORLUXOTTICA USA, INC.,**
*Defendants*

**DAITONA CARTER,**
*Movant-Appellant*

---

2026-1721

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:26-cv-10304-ADB, Judge Allison Dale Burroughs.

---

**ON MOTION**

---

**O R D E R**

Daitona Carter moves for "ECF filing access," ECF No. 2 at 2; waiver of Federal Circuit Rule 15(a)(3), ECF No. 2

at 1; and for this court to direct the district court to transmit Docket No. 92 "as part of the certified appellate record in this matter," ECF No. 3-1 at 1.

The court generally permits unrepresented parties, such as Ms. Carter, to file documents through the court's electronic filing system and receive service by email only, and Ms. Carter has elected to do so in her submission docketed as ECF No. 6 at 1–2.  The court therefore grants her request for ECF filing access only to the extent that ECF No. 6 at 1–2 is accepted for filing.  Federal Circuit Rule 15(a)(3) requires that unrepresented appellants provide a current address, email address, and telephone number.  Ms. Carter provides only her email address but has not provided a persuasive basis to waive the other requirements of that rule.  Lastly, Federal Circuit Rule 11(a)(1) requires that, absent an order otherwise, the district court must retain the assembled record rather than forward it to this court.  Ms. Carter may include Dkt. No. 92 with her appendix to the extent her briefing argues it is relevant to her appeal, *see* Fed. Cir. R. 30(a)(1)(B), but she has not provided a persuasive basis to direct the district court to forward the record to this court.

Accordingly,

IT IS ORDERED THAT:

The motions are denied except that ECF No. 6 at 1–2 is accepted for filing.  Within seven days from the date of entry of this order, Ms. Carter is directed to comply with Federal Circuit Rule 15(a)(3) by providing her current ad-

dress and telephone number.  Failure to comply will result in dismissal of this appeal for failure to prosecute.

FOR THE COURT

May 18, 2026
        Date

Jarrett B. Perlow
Clerk of Court