**SOLOS TECHNOLOGY LTD.,**
*Plaintiff-Appellee,*

**v.**                                                          **Appeal No. 26-1721**

**META PLATFORMS, INC., et al.,**          **Lower Court: U.S. District Court for**
*Defendants-Appellees,*                              **the District of Massachusetts**
                                                                   **(Case No. 1:26-cv-10304-ADB)**

**(DAITONA CARTER**
*Movant-Appellant.)*

**EMERGENCY NOTICE OF COMPLIANCE WITH RULE 15(a)(3) AND DESIGNATION OF OFFICIAL SERVICE ADDRESS UNDER SEAL**

**CONTACT INFORMATION SUBMITTED FOR LEAVE TO FILE UNDER SEAL**

Pro Se Movant-Appellant Daitona Carter hereby responds to the Court's Order dated May 18, 2026, and provides her official designation of contact information pursuant to Federal Circuit Rule 15(a)(3). Appellant is a protected victim under the Trafficking Victims Protection Act, 22 U.S.C. § 7101 et seq.

Pursuant to Federal Circuit Rule 15(a)(3), Appellant hereby establishes and designates her official address for the maintenance of the court's database and the administration of this appeal.

Due to documented security, privacy, and tracking threats connected to the subject matter of this litigation, Appellant designates the physical location listed below as her official, legal address for all administrative and service purposes in this action.

Appellant explicitly waives the right to physical paper service and consents to 100% electronic service of all documents, orders, and notices via the US-Appellate-ECF Gateway. Appellant monitors this secure gateway daily.

Because the publication of functional cellular or personal electronic contact strings on the public docket invites immediate cyber-vulnerabilities, Appellant requests that this specific designation page be maintained permanently under seal and shielded from public inspection.

**MEMORANDUM OF LAW AND CITATION OF AUTHORITY**

Appellant's designation of an administrative mailing placeholder strictly complies with the text and intent of Federal Circuit Rule 15(a)(3) and Form 8B, which mandate a functional mailing point rather than a residential exposure. Furthermore, under Fed. Cir. R. 25, this Court possesses the inherent equitable authority to shield sensitive identification strings under seal [FCR 25]. Because Appellant explicitly waives paper delivery and authorizes 100% electronic notification under FRAP Rule 25(b), the opposing parties suffer zero procedural prejudice, and their right to service is fully satisfied by the automated ECF Gateway.

**OFFICIAL DESIGNATED CONTACT INFORMATION:**

**Official Designated Address:** DAITONA CARTER, 2 Massachusetts Ave NE, General Delivery, Main Post Office, Washington, DC 20002

**Official Telephone Designation:** NONE (Accessible exclusively via secure ECF Gateway)

**Official Service Method:** Electronic Service Only via US-Appellate-ECF Gateway

Wherefore, Appellant respectfully requests that the Court accept this official designation as complete compliance with the Court's May 18, 2026 Order to prevent the administrative dismissal of this appeal.

Dated: May 18, 2026

Respectfully submitted,

*/s/ Daitona Carter*
DAITONA CARTER, Pro Se Movant-Appellant
2 Massachusetts Ave NE
General Delivery, Main Post Office
Washington, DC 20002
Telephone: NONE (TVPA $0)
Email: legal@daitonacarter.com (Designated Service Proxy)
Primary Service Method: Electronic Service Only via US-Appellate-ECF Gateway

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2026, I electronically filed the foregoing Emergency Notice of Compliance and Motion for Leave to Designate Service Address Under Seal with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the US-Appellate-ECF Gateway system.

Because counsel for Appellees have not yet finalized their formal Entry of Appearance on the electronic appellate docket, the system could not automatically generate service. Due to severe physical disability, lack of telephone utility, and $0 In Forma Pauperis (IFP) status, I am unable to execute conventional paper service. I have therefore transmitted true electronic PDF copies to the designated corporate legal counsel at the following email addresses:

**Paul Hastings LLP (Counsel for Meta Platforms, et al.)**

- Eric E. Lancaster: ericlancaster@paulhastings.com, ceciliaacosta@paulhastings.com, rayejones@paulhastings.com

- Lisa K. Nguyen: lisanguyen@paulhastings.com, ceciliaacosta@paulhastings.com

- Matthias Kamber: matthiaskamber@paulhastings.com, ceciliaacosta@paulhastings.com, jerricethomas@paulhastings.com

- Stephanie Nicole Adamakos: stephanieadamakos@paulhastings.com

**Morgan, Lewis & Bockius LLP (Counsel for Ray-Ban / Oakley / Luxottica)**

- Ali S. Razai: ali.razai@morganlewis.com, vanessa.green@morganlewis.com

- Andrew V. Devkar: andrew.devkar@morganlewis.com

- Brandon G. Smith: brandon.g.smith@morganlewis.com,

  leslie.y.garcia@morganlewis.com,

  occalendardepartment@morganlewis.com

- Katherine W. Soule: katherine.soule@morganlewis.com,

  katie.thompson@morganlewis.com

I respectfully request that the Court deem this electronic transmission as sufficient

and complete service of process under the emergency circumstances.

Dated: May 18, 2026

Respectfully submitted,

*/s/ Daitona Carter*
DAITONA CARTER, Pro Se Movant-Appellant
2 Massachusetts Ave NE
General Delivery, Main Post Office
Washington, DC 20002
Telephone: NONE (TVPA $0)
Email: legal@daitonacarter.com (Designated Service Proxy)
Primary Service Method: Electronic Service Only via US-Appellate-ECF Gateway