## No. 2026-1721

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

---

**SOLOS TECHNOLOGY LTD.,**
*Plaintiff-Appellee*

**v.**

**META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, OAKLEY, INC., LUXOTTICA OF AMERICA, INC., ESSILORLUXOTTICA USA, INC.,**
*Defendants*

**DAITONA CARTER,**
*Movant-Appellant*

---

### NOTICE OF CORRECTION REGARDING
### MOVANT-APPELLANT'S OPENING BRIEF

Pursuant to the Clerk's Notice of Non-Compliance dated June 25, 2026, Movant-Appellant Daitona Carter hereby files this corrected version of the Opening Brief.

As directed by the Clerk, the page numbers in the bottom center margin of the Addendum section have been reformatted to comply with Federal Circuit Rules 30(c)(2) and 28(c)(2) by adding the mandatory "Appx" prefix format (e.g., Appx48, Appx49, Appx50). No substantive text or legal arguments within the brief have been altered.

Dated: June 26, 2026

Respectfully submitted,
/s/ Daitona Carter
Daitona Carter, Movant-Appellant Pro Se
2 Massachusetts Ave NE, General Delivery, Main Post Office
Washington, DC 20002
legal@daitonacarter.com