26-1721

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

---

SOLOS TECHNOLOGY LIMITED,

Plaintiff-Appellee

v.

META PLATFORMS, INC.,META PLATFORMS TECHNOLOGIES, LLC, OAKLEY, INC.,LUXOTTICA OF AMERICA, INC., ESSILORLUXOTTICA, USA, LLC,

Defendants

DAITONA CARTER,

Movant-Appellant

---

Appeal from the United States District Court for the Massachusetts in No. 1:26cv–1034–ADB, Judge Allison D. Burroughs.

---

**CORRECTED NOTICE OF DELIVERY OF CORRECTED COLOR PAPER COPIES OF APPENDIX AND REQUEST TO DEEM DEFICIENCY CURED**

---

Movant-Appellant DAITONA CARTER submits this Notice in response to the Clerk's Notice dated September 24, 2026, stating that the paper copies filed as Document No. 50 were not compliant with the rules of this Court and directing

Appellant to provide corrected paper copies of the Appendix within five business days. A copy of the Clerk’s Notice is attached as Exhibit A.

1. On September 24th and 25th, Appellant mailed corrected color paper copies of the Appendix to the Clerk’s Office by FedEx. The corrected copies were prepared to address the deficiency identified in the Clerk’s Notice and to correspond to the electronic version of the Appendix filed on this Court’s docket, including the color images identified in that Notice.
2. The corrected copies were delivered to the Clerk’s Office in separate shipments on September 28, 2026, at 9:23 AM (Tracking Number 383867352470) and September 30, 2026, at 9:39 AM (Tracking Number 877778024886). The carrier tracking records confirming delivery are attached as Exhibit B.
3. The color copies are provided to preserve the legibility of the images. Certain images in the court-stamped or downloadable appellate PDF appear materially degraded and difficult to read. The underlying documents filed in the United States District Court for the District of Massachusetts were clear in the original electronic record, specifically in *Solos Technology Limited v. Meta Platforms, Inc.*, No. 1:26-cv-10304 (D. Mass.), D. Mass. ECF No. 92, Attachments 1–65.

4. Appellant did not alter the substantive content of those documents. The apparent degradation may have occurred during reproduction, formatting, stamping, conversion, or transmission of the appellate materials. The corrected paper copies were prepared from the clearest available source materials so that this Court would have readable color copies of the relevant Appendix images.
5. For identification and verification, Appellant identifies D. Mass. ECF No. 92, Attachments 1–65, as the lower-court materials containing the relevant documents and images. An excerpt of the District of Massachusetts docket page identifying ECF No. 92 and Attachments 1–65 is attached as Exhibit D.
6. Exhibit D is provided solely as a docket locator. Appellant is not attaching all 65 underlying attachments to this Notice. The Court is respectfully requested to consult the original electronic attachments identified by the District of Massachusetts docket entry or the corrected color paper copies delivered to the Clerk's Office.
7. Appellant also understands that clear versions of some or all of the same materials may appear as attachments to lower-court docket entries in *Solos Technology Limited v. Meta Platforms, Inc.*, No. 1:26-cv-10304 (D. Mass.), specifically at ECF No. 92, attachments 1 through 65 (filed under seal/suppression below). Those references are provided solely to assist this

Court in locating and verifying legible versions of documents previously filed in the district court. Appellant is not submitting new evidence or attempting to reopen or re-litigate.

8. Appellant is proceeding *in forma pauperis* and initially submitted black-and-white copies because color reproduction was not financially possible. After receiving the Clerk's Notice, the incurred printing and shipping charges totaled approximately $2,978.68 to prepare corrected color copies (including $153.30 for expedited shipping). Copies of the printing and shipping invoices/receipts are attached as Exhibit C. Appellant provides this information and documentation to demonstrate the good-faith effort made to comply with this Court's directive.

**PRAYER FOR RELIEF**

Appellant respectfully requests that the Court:

1. **Accept** the corrected color paper copies delivered on September 28 and September 30, 2026;
2. **Deem** the deficiency identified in the September 24, 2026 Clerk's Notice cured; and
3. **Decline** to dismiss or otherwise prejudice the appeal based on the original reproduction issue.

**EXHIBIT INDEX**

- **Exhibit A:** Clerk's Notice of Non-Compliance, dated September 24, 2026.
- **Exhibit B:** FedEx Delivery Tracking Records (Tracking Nos. 383867352470 and 877778024886).
- **Exhibit C:** Copies of printing and shipping receipts/invoices totaling $2,978.68.
- **Exhibit D:** Relevant excerpt of the U.S. District Court for the District of Massachusetts Docket (*Solos Technology Limited v. Meta Platforms, Inc.*, No. 1:26-cv-10304), highlighting ECF No. 92, Attachments 1–65 (Docket Locator).

Date: September 30, 2026

Respectfully submitted,

/s/ Daitona Carter
Daitona Carter, Pro Se
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
legal@daitonacarter.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, a true and correct copy of the foregoing Notice Of Delivery Of Corrected Color Paper Copies Of Appendix And Request To Deem Deficiency Cured was served via the Court's CM/ECF electronic filing system, and/or via electronic mail, upon all counsel of record and active parties in the underlying proceedings.

Respectfully submitted,

/s/ Daitona Carter

Daitona Carter, Pro Se
General Delivery, Main Post Office
2 Massachusetts Ave NE
Washington, DC 20002
legal@daitonacarter.com

# EXHIBIT LIST

**Exhibit A:** The **Clerk's Notice of Non-Compliance** (dated September 24, 2026).
*(This shows the court exactly what instruction you were responding to).*

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 24, 2026

2026-1721 - Solos Technology Ltd. v. Meta Platforms, Inc.

# NOTICE OF NON-COMPLIANCE

The paper copies provided to the court by Daitona Carter are not in compliance with the rules of this court. Within five business days from the date of this notice, please submit compliant paper copies that correct the following identified deficiencies:

- The paper copies received by the court do not match the electronic version of the appendix. Please only provide paper copies that exactly match the correct version of the document as entered on the court's docket. Fed. Cir. R. 25(c)(3). Refer to the court's Electronic Filing Procedures ("Paper Copies").

  *[Clerk's Note: All images in the paper copies of the appendix must be in color and an exact match to the images of the electronic version.]*

* * *

A party's failure to timely file corrected paper copies curing all defects identified on this notice may result in adverse action.

An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

Upon receipt of corrected paper copies, the Clerk's Office will appropriately dispose of the non-compliant versions previously provided.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: A. Green, Deputy Clerk

**Exhibit B: Carrier tracking records & delivery confirmation** (FedEx Tracking Nos. 383867352470 and 877778024886 showing delivery on Sept. 28 and Sept. 30).

September 30, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 383867352470

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | B.Nash | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | Washington, DC, |
| | | **Delivery date:** | Sep 28, 2026 09:23 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 383867352470 | **Ship Date:** | Sep 25, 2026 |
| | | **Weight:** | 5.0 LB/2.27 KG |

**Recipient:**

WASHINGTON, DC, US,

**Shipper:**

Washington, DC, US,

**Purchase Order** CAFC_RESHIP_APEN

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx

September 30, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 877778024886

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | B.Nash | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday | | Washingtong, DC, |
| | | **Delivery date:** | Sep 30, 2026 09:39 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 877778024886 | **Ship Date:** | Sep 25, 2026 |
| | | **Weight:** | 15.0 LB/6.81 KG |

**Recipient:**

WASHINGTON, DC, US,

**Shipper:**

Fairfax, VA, US,

| | |
|---|---|
| **Reference** | 2010-43961-4974351 |
| **Invoice** | CARTER LEGAL |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx

**Exhibit C: Printing and shipping receipts/invoices** totaling $2,978.68. *(This backs up paragraph 8 of your notice)*

no-reply.ecommerce@fedex.com
no-reply.ecommerce@fedex.com <no-reply.ecommerce@fedex.com>
to: legalresearch@tuta.com

Thu, Sep 24, 2026 • 3:33 PM

# FedEx Office Print On Demand - Order Confirmation #2010283447044821

FedEx Office

## This is an automated response. Please do not reply to this email. ##

Hi CARTER LEGAL,

Your order has been submitted! Thanks for choosing FedEx Office. We've got it from here!

If your order is being shipped, tracking information will be emailed to you once your products ship.

### ORDER SUMMARY

Order Number: 2010283447044821
Purchase Order Number: CAFC_RESEND_CLR_APPEN

Click your order number for more information.

| FedEx Office (1 item) | Qty | Price |
|---|---|---|
| Copies & Custom Documents | 1 | $583.29 |
| **Shipping Method:** FedEx Standard Overnight® | | $72.51 |
| **Expected Delivery:** Monday, September 28, 5:00pm | | |

| | |
|---|---|
| Items (1) | $583.29 |
| Shipping | $72.51 |
| **Total Discount** | **-$76.17** |
| Account Discount | -$0.71 |
| Volume Discount | -$75.46 |
| Tax | $30.43 |
| Total | $610.06 |

Order Placed On: Sep 24, 2026 at 01:32 PM CST

If you have questions about your order, please call 202.347.8730 or email us at usa0671@fedex.com. We look forward to working with you again soon!

Note: Due to the customization of your order, no changes or cancellations are available after order submission.

Customer Information

**Contact**

CARTER LEGAL
legalresearch@tuta.com
2125551234

Shipping Information

**Address**

Clerk of Court
U S Court of Appeals Fed Circuit
717 Madison Place Northwest, Washington, District of Columbia, United States, 20439

Payment

**Payment Method**

Payment by: FedEx Office Print Account *ending in *0001*

**Discount Account Number**

*ending in *0001*

**Billing Address**

CARTER LEGAL
717 Madison Place Northwest, Washington, District of Columbia, United States, 20439

This email has been sent to: legalresearch@tuta.com.

©2026 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. Find information on fraud and security. All rights reserved.

no-reply.ecommerce@fedex.com
no-reply.ecommerce@fedex.com <no-reply.ecommerce@fedex.com>
to: legalresearch@tuta.com

Thu, Sep 24, 2026 • 3:46 PM

# FedEx Office Print On Demand - Order Confirmation #2010439614974351

FedEx Office

## This is an automated response. Please do not reply to this email. ##

Hi CARTER LEGAL,

Your order has been submitted! Thanks for choosing FedEx Office. We've got it from here!

If your order is being shipped, tracking information will be emailed to you once your products ship.

**ORDER SUMMARY**
Order Number: 2010439614974351
Purchase Order Number: CAFC_RESHIP_APX_5pk

Click your order number for more information.

| FedEx Office (1 item) | Qty | Price |
|---|---|---|
| Copies & Custom Documents | 5 | $2,916.45 |
| **Shipping Method:** FedEx 2 Day® | | $80.79 |
| **Expected Delivery:** Tuesday, September 29, 5:00pm | | |

| | |
|---|---|
| Items (1) | $2,916.45 |
| Shipping | $80.79 |
| **Total Discount** | **-$758.12** |
| Account Discount | -$3.52 |
| Volume Discount | -$754.60 |
| Tax | $129.50 |
| Total | $2,368.62 |

Order Placed On: Sep 24, 2026 at 01:45 PM CST

If you have questions about your order, please call 202.347.8730 or email us at usa0671@fedex.com. We look forward to working with you again soon!

Note: Due to the customization of your order, no changes or cancellations are available after order submission.

Customer Information

**Contact**

CARTER LEGAL
legalresearch@tuta.com
2125551234

Shipping Information

**Address**

Clerk of Court
U S Court of Appeals Fed Circuit
717 Madison Place Northwest, Washington, District of Columbia, United States, 20439

Payment

**Payment Method**

Payment by: FedEx Office Print Account *ending in *0001*

**Discount Account Number**

*ending in *0001*

**Billing Address**

CARTER LEGAL
717 Madison Place Northwest, Washington, District of Columbia, United States, 20439

This email has been sent to: legalresearch@tuta.com.

©2026 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. Find information on fraud and security. All rights reserved.

**Exhibit D:** Relevant excerpt of the U.S. District Court for the District of Massachusetts Docket (*Solos Technology Limited v. Meta Platforms, Inc.*, No. 1:26-cv-10304), highlighting ECF No. 92, Attachments 1–65.

APPEAL,PATENT

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:26-cv-10304-ADB

Solos Technology Limited v. Meta Platforms, Inc. et al
Assigned to: Judge Allison D. Burroughs
Demand: $0
Case in other court: USCA for the Federal Circuit, 26-01721
Cause: 15:1126 Patent Infringement

Date Filed: 01/23/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Solos Technology Limited** represented by

**Jameson J. Pasek**
Caldwell Law
200 Clarendon Street, 59th Floor
Boston, MA 02116
857-990-4914
Email: jameson@caldwelllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keegan Michael Caldwell**
Caldwell Law
200 Clarendon Street, 59th Floor
Boston, MA 02116
857-990-4926
Email: keegan@caldwelllaw.com
*ATTORNEY TO BE NOTICED*

**Shixiong Wang**
Caldwell Law
200 Clarendon St, Floor 59
Boston, MA 02116
857-776-4505
Email: steve@caldwelllaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Meta Platforms, Inc.** represented by

**Lisa K. Nguyen**
Paul Hastings LLP
1117 S. California Ave
Palo Alto, CA 94304
650-320-1800
Fax: 650-320-1900

Email: lisanguyen@paulhastings.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric E Lancaster**
Paul Hastings LLP
1117 S. California Ave
Palo Alto, CA 94304
650-320-1800
Fax: 650-320-1900
Email: ericlancaster@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Matthias Kamber**
Munger, Tolles & Olson LLP
560 Mission Street
Ste 27th Floor
San Francisco, CA 94105
415-512-4000
Fax: 415-512-4017
Email: matthias.kamber@mto.com
*TERMINATED: 09/14/2026*
*ATTORNEY TO BE NOTICED*

**Stephanie Nicole Adamakos**
Paul Hastings LLP
Patent Litigation
2050 M St NW
Washington, DC 20036
202-551-1817
Email:
stephanieadamakos@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Meta Platforms Technologies, LLC** represented by **Lisa K. Nguyen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric E Lancaster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthias Kamber**
(See above for address)
*TERMINATED: 09/14/2026*
*ATTORNEY TO BE NOTICED*

**Stephanie Nicole Adamakos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oakley, Inc.** represented by **Ali S. Razai**
Morgan, Lewis & Bockius LLP
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
714-830-0600
Fax: 714-830-0700
Email: ali.razai@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Andrew V. Devkar**
Morgan, Lewis & Bockius LLP
2049 Century Park East
Suite 700
Los Angeles, CA 90067
310-255-9070
Fax: 310-907-1001
Email: andrew.devkar@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Brandon G. Smith**
Morgan Lewis
600 Anton Blvd
Ste 18th Floor
Costa Mesa, CA 92626
714-830-0600
Email:
brandon.g.smith@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Katherine W. Soule**
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110
617-341-7700
Email: katherine.soule@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Luxottica of America, Inc.** represented by **Ali S. Razai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew V. Devkar**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Brandon G. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine W. Soule**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EssilorLuxottica USA, Inc.** represented by **Ali S. Razai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew V. Devkar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brandon G. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine W. Soule**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Daitona Carter** represented by **Daitona Carter**
General Delvery
New York, NY 10001
212-274-7411
Email: dddddc@tuta.com
PRO SE

**Objector**

**Morgan Lewis & Bockius LLP** represented by **Gary M Ronan**
Goulston & Storrs PC
One Post Office Square
Boston, MA 02109
617-574-3593
Email: gronan@goulstonstorrs.com
*TERMINATED: 04/14/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen M. Ritter**
Goulston & Storrs
Litigation

One Post Office Square
Ste 28th Floor
Boston, MA 02109
617-574-0596
Email: kritter@goulstonstorrs.com
*TERMINATED: 04/14/2026*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | | Docket Text |
|---|---|---|---|
| 04/17/2026 | 92 | ☐ | -1 (Entered: 04/17/2026) |

| | | | |
|---|---|---|---|
| ☐ 0 | Main Document | 1 page | 83.3 KB |
| ☐ 1 | Discovery Mode (OpenCV object detection + overlay)Gaze-based recognition | 1 page | 145.6 KB |
| ☐ 2 | Discovery Mode (OpenCV object detection + overlay)Gaze-based recognition | 1 page | 185.3 KB |
| ☐ 3 | Geo AR + Arducam/RPi camera sourcingLocation-based AR + hardware procurement fo | 1 page | 134.8 KB |
| ☐ 4 | Geo AR + Arducam/RPi camera sourcingLocation-based AR + hardware procurement fo | 1 page | 141.3 KB |
| ☐ 5 | 1.22-inch MIPI DSI display + assembly notesComponent selection & assembly | 1 page | 120.6 KB |
| ☐ 6 | 1.22-inch MIPI DSI display + assembly notesComponent selection & assembly | 1 page | 142.2 KB |
| ☐ 7 | I/O wiring, module choices, and firmware tests to capture speech input, process | 1 page | 142.9 KB |
| ☐ 8 | Solar Temple Arm rendering + handwritten ergonomic specsWearable frame design | 1 page | 782.3 KB |
| ☐ 9 | Solar Temple Arm rendering + handwritten ergonomic specsWearable frame design | 1 page | 615.0 KB |
| ☐ 10 | PHP linguistic engine (chinese_nouns.php, grammar, etc.)Language processing bac | 1 page | 143.5 KB |
| ☐ 11 | Lens & mirror mount assembly log + optical stack sketchPhysical reduction to pr | 1 page | 120.6 KB |
| ☐ 12 | Acoustic Logic Case Study Waves H(ybrid)-Compressor pluginPrior work and resear | 7 pages | 1.8 MB |
| ☐ 13 | Meet Aria pitch deck (Pages 13) branding + full feature roadmapPrior Aria mark | 3 pages | 345.4 KB |
| ☐ 14 | RPi Speech directory (speechAnalyser.py etc.)Speech processing source code | 1 page | 24.1 KB |
| ☐ 15 | AWS Receipt | 1 page | 157.1 KB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ☐ | 16 | AI language teaching software (<3 days)AI instruction conception | 1 page | 43.2 KB |
| | | | ☐ | 17 | Translation interface (Korean Bread)Early translation app proof | 1 page | 1.9 MB |
| | | | ☐ | 18 | Translation notes (Korean/English phrases + grammar)Language feature developmen | 1 page | 3.4 MB |
| | | | ☐ | 19 | Black & white prototype glasses photoActual reduction to practice | 1 page | 1.0 MB |
| | | | ☐ | 20 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | 1 page | 179.6 KB |
| | | | ☐ | 21 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | 1 page | 179.6 KB |
| | | | ☐ | 22 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | 1 page | 156.7 KB |
| | | | ☐ | 23 | app.py Twilio SMS integration codeCommunication infrastructure / source code | 1 page | 92.5 KB |
| | | | ☐ | 24 | Hand-drawn sketch: Concave vs Convex Lenses + solar panelOptical design (lenses | 1 page | 713.2 KB |
| | | | ☐ | 25 | Reflects M82- Samsung U.S. Patent 10,866,417 B2 see-through display apparatusTe | 1 page | 67.5 KB |
| | | | ☐ | 26 | "Tech Lab 'Blog' ~ Public Notes for AR/VR Development + Women� | 2 pages | 282.4 KB |
| | | | ☐ | 27 | KCASH (@SEEMYBIAS.official on Instagram for sister brand KPOP.Life) connec | 1 page | 155.8 KB |
| | | | ☐ | 28 | How to add Ads to videos without distorted (ASR-driven contextual ad insertion) | 1 page | 249.3 KB |
| | | | ☐ | 29 | Nurture by Breaking Barriers NLP real-time translation wearableConception of AI | 1 page | 247.0 KB |
| | | | ☐ | 30 | Real World Learning - Building the algo | 1 page | 1.1 MB |
| | | | ☐ | 31 | October 4, 2017 (Build a frame 3x thickness Use maker lab)Prototype design note | 1 page | 111.2 KB |
| | | | ☐ | 32 | LinkedIn analytics screenshot showing post engagement metrics and viewer demogr | 1 page | 100.7 KB |
| | | | ☐ | 33 | Prescription intergration from day one - and-drawn sketch comparing concave vs. | 1 page | 713.2 KB |
| | | | ☐ | 34 | Photograph of hacksaw tool used by movant during physical prototyping and cutti | 1 page | 934.0 KB |
| | | | ☐ | 35 | Reflection and refraction notes (Snells Law)Optical physics conception | 1 page | 118.9 KB |
| | | | ☐ | 36 | LinkedIn profile JeongSu Dennis HAN, Ph.D., Sensor Specialist at Samsung Electr | 1 page | 41.1 KB |
| | | | ☐ | 37 | Screenshot (Junhee Lee profile)Profile Date: October 21, 2017Profile of Junhee | 1 page | 60.6 KB |

| | | | | |
|---|---|---|---|---|
| ☐ | 38 | Electromagnetic integration in movants smart glasses/ head-worn AR/VR system. | 1 page | 782.3 KB |
| ☐ | 39 | Black & white prototype glasses photoActual reduction to practice | 2 pages | 158.9 KB |
| ☐ | 40 | Black & white prototype glasses photoActual reduction to practice | 1 page | 1.0 MB |
| ☐ | 41 | Thief taunting "Facebook Era" - DuckDuckGo search daitona carter pub | 1 page | 397.5 KB |
| ☐ | 42 | Post/message to Mark Zuckerberg (@zuck) about the projectPre-litigation as | 1 page | 14.0 KB |
| ☐ | 43 | Smart Glasses Bookmarks / Links.txt (OpenCV, RPi)Software/hardware planning | 1 page | 185.3 KB |
| ☐ | 44 | Prototype frames description + glasses photo (wont make you look like a doucheb | 1 page | 303.2 KB |
| ☐ | 45 | Text message: trying to cut glass. Knife wont work. I need laser. + goggles pho | 1 page | 102.9 KB |
| ☐ | 46 | Meetup: LEARN THE STEPS TO PATENT, PITCH, PRODUCE & FUNDINGPublic commercializa | 1 page | 56.8 KB |
| ☐ | 47 | Meetup: LEARN THE STEPS TO PATENT, PITCH, PRODUCE & FUNDINGPublic commercializa | 1 page | 75.8 KB |
| ☐ | 48 | ThermalEyetap_STL_Files.zip (3D-printable thermal eye-tracking)Gaze/thermal int | 1 page | 92.5 KB |
| ☐ | 49 | Object Detection and Recognition (YouTube skeletal mapping)Computer vision / ob | 1 page | 201.9 KB |
| ☐ | 50 | Object Detection and Recognition (YouTube skeletal mapping)Computer vision / ob | 1 page | 143.5 KB |
| ☐ | 51 | pythonOCRimageToText (ocr.py + test images)Optical character recognition source | 1 page | 51.0 KB |
| ☐ | 52 | Screenshot of Korean language learning table (vocabulary and phrases); supporti | 1 page | 100.7 KB |
| ☐ | 53 | Black & white prototype glasses photoActual reduction to practice | 1 page | 68.4 KB |
| ☐ | 54 | Hand-drawn whiteboard eye diagramOptical engineering sketch - Samsung Patent | 1 page | 3.4 MB |
| ☐ | 55 | DLP NIRscan Nano Optical Architecture diagramDetailed optical system design | 1 page | 3.4 MB |
| ☐ | 56 | Translation notes (Korean/English phrases + grammar)Language feature developmen | 1 page | 5.9 MB |
| ☐ | 57 | LinkedIn post: AI parents (will teach new language) + full project listEarliest | 1 page | 3.4 MB |
| ☐ | 58 | Korean Real World Learning spreadsheet (vocabulary phrases)Translation feature | 1 page | 4.4 MB |
| ☐ | 59 | Blog Entry 9 Snells Law, lens design, optics videoOptical engineering + public | 1 page | 204.1 KB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ☐ | 60 | LinkedIn outreach to ODG (Ralph Osterhout) & NAVER CorpDiligence & industry col | 1 page | 1.1 MB |
| | | | ☐ | 61 | Blog Entry 9 Snells Law, lens design, optics videoOptical engineering + public | 1 page | 229.5 KB |
| | | | ☐ | 62 | Notes on adding microphone to device using Jasper project for voice interface i | 1 page | 185.2 KB |
| | | | ☐ | 63 | Gmail to FBI/SEC/DOJ/CIA/etc. (multi-agency notice)Formal misappropriation noti | 1 page | 50.8 KB |
| | | | ☐ | 64 | LinkedIn post with prototype video + lab notes linkPublic disclosure of functio | 1 page | 77.6 KB |
| | | | ☐ | 65 | Guerrilla Mail to Sen. Cruz (theft allegations)Timely federal notice | 1 page | 100.7 KB |